**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HARRY HILBURG, MARIANNE BIGELOW, WILLIAM SIMMONS, KENNETH STEUCK, CHARLES CHRONICLE, AMANDA BERARDI, NOAH WOODCOCK, GREGORY TRAVERS, EDNA VASQUEZ, ROBERT MULLER, MARC SCHWEDELSON, MARLA KERR, and LISA FRIEDLAND, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware Corporation,

Defendant.

Case No. 2:25-cv-10970-LVP-CI

## INDEX OF EXHIBITS TO AMENDED CLASS ACTION COMPLAINT

| Ex. | Document |
|---|---|
| 1 | *Lithium-ion Battery Safety Issues for Electric and Plug-in Hybrid Vehicles*, NHTSA.GOV (Oct. 2017), https://www.nhtsa.gov/sites/nhtsa.gov/files/documents/12848-lithiumionsafetyhybrids_101217-v3-tag.pdf |
| 2 | *Emissions from Electric Vehicles*, U.S. DEP'T OF ENERGY, https://afdc.energy.gov/vehicles/electric_emissions.html |

| Ex. | Document |
|---|---|
| 3 | Mary Cunningham, *How much will an electric vehicle really cost you?*, CBS NEWS (Aug. 14, 2024), https://www.cbsnews.com/news/electric-vehicle-ev-true-cost-of-ownership/ |
| 4 | Drew Dorian, *2022 Lincoln Corsair Hybrid*, CAR AND DRIVER, https://www.caranddriver.com/lincoln/corsair-hybrid-2022 |
| 5 | Drew Dorian, *2022 Lincoln Corsair*, CAR AND DRIVER, https://www.caranddriver.com/lincoln/corsair-2022 |
| 6 | Drew Dorian, *2022 Ford Escape Hybrid*, CAR AND DRIVER, https://www.caranddriver.com/ford/escape-hybrid-2022 |
| 7 | Drew Dorian, *2022 Ford Escape*, CAR AND DRIVER, https://www.caranddriver.com/ford/escape-2022 |
| 8 | *100 MPGE! All-new Ford Escape Plug-in Hybrid brings best-in-class EPA-estimated combined fuel economy*, FORD NEWSROOM (Jun. 8, 2020), https://media.ford.com/content/fordmedia/fna/us/en/news/2020/06/08/100-mpge-all-new-ford-escape-plug-in-hybrid.html |
| 9 | *2023 Ford Escape*, FORD NEWSROOM, https://media.ford.com/content/fordmedia/fna/us/en/products/crossovers---suvs/escape/2023-ford-escape.html |
| 10 | *Part 573 Safety Recall Report 24V-954*, NHTSA.GOV (Dec. 20, 2024), https://static.nhtsa.gov/odi/rcl/2024/RCLRPT-24V954-5979.PDF |
| 11 | *Recall No. 24V-954 Chronology*, NHTSA.GOV (Feb. 7, 2025), https://static.nhtsa.gov/odi/rcl/2024/RMISC-24V954-4969.pdf |
| 12 | *Part 573 Safety Recall Report 24V-954*, NHTSA.GOV (Feb. 7, 2025), https://static.nhtsa.gov/odi/rcl/2024/RCLRPT-24V954-9851.PDF |
| 13 | *2025 Ford Escape PHEV Battery: A Canadian Perspective*, FORMULA FORD (Jan. 7, 2025), https://formulafordlincoln.com/blog/2025-ford-escape-phev-battery-a-canadian-perspective/#:~:text=2025%20Ford%20Escape-,Battery%20Specifications,minimizing%20intrusion%20into%20cargo%20space |
| 14 | *Corsair Grand Touring: Effortless Power, Quiet Confidence*, LINCOLN, https://media.lincoln.com/content/dam/lincolnmedia/lna/us/product/2020/C |

| Ex. | Document |
|---|---|
| | orsair/Grand-Touring/All-New-Lincoln-Corsair-Grand-Touring-Fact-Sheet.pdf (Lincoln Corsair PHEV) |
| 15 | Bob Gritzinger, *Ford's First E-Axle Hybrid Debuts in '21 Lincoln Corsair Grand Touring*, WARDSAUTO, (Nov. 19, 2019), https://www.wardsauto.com/lincoln/ford-s-first-e-axle-hybrid-debuts-in-21-lincoln-corsair-grand-touring |
| 16 | *2020-2025 Ford Escape Hybrid and Plug-in Hybrid Emergency Response Guide*, FORD (Oct. 2024), https://www.vdm.ford.com/content/dam/brand_ford/en_us/brand/firstresponder/pdf/ford/2020-2025_Escape_Hybrid_Emergency_Response_Guide.pdf |
| 17 | *2021-2025 Corsair Plug-in Hybrid Emergency Response Guide*, FORD (Oct. 2024), https://www.vdm.ford.com/content/dam/brand_ford/en_us/brand/firstresponder/pdf/lincoln/2021-2025_Corsair_Emergency_Response_Guide.pdf |
| 18 | *Drive Motor Battery Pack 2.5L*, FORDPARTS.COM, https://parts.ford.com/shop/en/us/electrical/wire-looms-and-connectors/drive-motor-battery-pack-25l-p-lx6z10b759k?pdp=y |
| 19 | *Battery – 2.5L*, FORDPARTS.COM, https://parts.ford.com/shop/en/us/electrical/battery-and-related-components/battery-p-pz1z10b759a?pdp=y#/collapseRelated2 |
| 20 | *Part 573 Recall Report 25E-007*, NHTSA.GOV (Feb. 5, 2025), https://static.nhtsa.gov/odi/rcl/2025/RCLRPT-25E007-3917.PDF |
| 21 | *Samsung SDI – High Voltage Battery Module/Pack*, NHTSA.GOV (Jan. 24, 2025), https://static.nhtsa.gov/odi/rcl/2025/RMISC-25E007-8543.pdf |
| 22 | *Safey Recall Notice 24S79 / NHTSA Recall 24V954*, NHTSA.GOV (Jan. 2025), https://static.nhtsa.gov/odi/rcl/2024/RIONL-24V954-1052.pdf |
| 23 | *Safey Recall Notice 24S79 / NHTSA Recall 24V954 - Update*, NHTSA.GOV (Feb. 2025), https://static.nhtsa.gov/odi/rcl/2024/RIONL-24V954-2080.pdf |
| 24 | *Batteries for Electric Vehicles*, U.S. DEP'T OF ENERGY, https://afdc.energy.gov/vehicles/electric_batteries.html |

| Ex. | Document |
|---|---|
| 25 | Chris Woodford, *Lithium-ion batteries*, EXPLAINTHATSTUFF (Sept. 11, 2023), https://www.explainthatstuff.com/how-lithium-ion-batteries-work.html |
| 26 | Alysha Liebscher and Gary Gayman, *Preventing Thermal Runaway in Electric Vehicle Batteries*, MACHINEDESIGN (Dec. 26, 2018), https://www.machinedesign.com/materials/article/21837402/preventing-thermal-runaway-in-electric-vehicle-batteries |
| 27 | Gustavo Henrique Ruffo, *Samsung SDI Might Be The Root of Ford And BMW PHEV Recalls*, INSIDEEVS (Oct. 16, 2020), https://insideevs.com/news/449322/samsung-sdi-root-ford-bmw-phev-recalls/ |
| 28 | Jung Min-hee, *Samsung SDI Voluntarily Recalls EV Batteries in the U.S.*, BUSINESSKOREA (Feb. 7, 2022), https://www.businesskorea.co.kr/news/articleView.html?idxno=87120 |