# EXHIBIT 4

Home / Lincoln / Corsair Hybrid / 2022

2022

# 2022 Lincoln Corsair Hybrid

7.5/10
C/D RATING




MICHAEL SIMARI | CAR AND DRIVER

MSRP
**$53,005**

SHOP USED

AT A GLANCE | OVERVIEW | WHAT'S NEW | PRICING | ENGINE & PERFORMANCE | 0-60 TIME | RANGE | FUEL ECONOMY | INTERIOR | INFC

**HIGHS**

Enough electric range for a day of urban errand running, more fuel-efficient than nonhybrid model, attractive exterior design.

**LOWS**

Not as quick as the nonhybrid model, powertrain doesn't sound particularly refined, dinky infotainment display.

**VERDICT**

Picking the Corsair Grand Touring hybrid nets you a loaded luxury crossover, but it's a lot pricier than a similarly equipped standard model.

## Specs

SEE ALL SPECS

**EPA MPGe**
33 Combined

**Seating**
5 Seats

**Powertrain**
Hybrid

**Drivetrain**
All-Wheel Drive

**Limited Warranty**
4 Years/50,000 Miles

By Drew Dorian

## Overview

The Corsair is Lincoln's smallest SUV, and the top Grand Touring trim features a plug-in-hybrid powertrain that you can't get on the entry-level models. It's just as luxurious as other Corsairs, and Lincoln charges a hefty price premium for the hybrid. A 2.5-liter four-cylinder engine and two electric motors combine for 266 horsepower, and the battery pack holds enough juice for up to 28 miles of electric-only driving. Fuel economy is better than the nonhybrid Corsair, too, but overall, we found the hybrid's powertrain to be less refined; the hybrid's acceleration also proved to be slightly pokier. The Lincoln's ride is comfy and well-isolated from the road, which matches the brand's quiet-luxury ethos well. We'd prefer something with a little more driving zest, but if you're aiming for softness and comfort, the Corsair will deliver.




## What's New for 2022?

A new Luxury package is available on the Corsair Grand Touring this year and adds a head-up display and a 14-speaker Revel stereo system. The Elements Technology package is still available but includes more equipment than last year, including adaptive LED headlamps, LED fog lamps, a hands-free power liftgate, heated rear seats, a heated steering wheel, 24-way power-adjustable front seats, extra USB charging ports, ambient interior lighting, rain-sensing windshield wipers, and a wireless smartphone charging pad.

## Pricing and Which One to Buy

The price of the 2022 Lincoln Corsair Hybrid starts at $53,005.




SHOP USED

The Corsair Grand Touring hybrid is only available in a single trim. It is positioned at the top of the lineup and comes well-equipped, so we'd take it easy with options. The Elements Technology bundle adds some additional luxuries that elevate the experience, including a heated steering wheel, 24-way power-adjustable leather seats, a hands-free liftgate, and a wireless charging pad, so we'd add that and call it a day.

## For Sale Near You

NEW
**2025 Lincoln Corsair**
10 mi
**$45,450**

NEW
**2025 Lincoln Corsair**
31 mi
**$50,670**

NEW
**2025 Lincoln Corsair**
101 mi
**$61,720**

NEW
**2024 Lincoln Corsair**
2,029 mi
**$49,260**

NEW
**2024 Lincoln Cors**
34 mi
**$49,5**

### Engine, Transmission, and Performance

The Lincoln Corsair Grand Touring pairs a 2.5-liter four-cylinder gas engine with two electric motors for a total system output of 266 horsepower; that's 16 horses more than you get from the Corsair's standard turbocharged 2.0-liter four but 29 less than from its optional 2.3-liter turbo-four. Power from the gas engine is delivered through a continuously variable automatic transmission (CVT) and all-wheel drive comes standard. While the Corsair Grand touring is adequately quick for day-to-day driving, its additional weight compared to the nonhybrid model handicaps its get-up-and-go. The GT exhibits similar road manners to the nonhybrid, complete with a pillowy ride and uninspired steering feel.

### 0–60-MPH Times

Thanks to its heavy electric hardware, the Corsair Grand Touring weighs 600 pounds more than the 2.0-liter nonhybrid model, which slows it down considerably. At our test track, the PHEV model managed to reach 60 mph in 7.0 seconds compared to the

nonhybrid models, which were both a second quicker.




MICHAEL SIMARI | CAR AND DRIVER

MORE ON THE CORSAIR HYBRID SUV



**Tested: Lincoln Corsair PHEV Is Efficient, Costly**



**Lincoln Corsair Adds Grand Touring Plug-In Hybrid**

## Range, Charging, and Battery Life

Thanks to its 14.4-kWh battery, the Corsair Grand Touring can travel up to 28 miles on electric power alone — as long as you go easy on the right pedal. Prod it too hard in EV mode, and the gas engine will fire up for assistance. By toggling to the Preserve EV mode, the GT uses the gas power plant and regenerative braking to maintain the battery's charge for later use. When the pack is depleted, Lincoln says it takes about 10 to 11 hours to recharge via a standard 110-volt outlet and three to four hours from a 240-volt outlet.

## Fuel Economy and Real-World MPG

The Corsair hybrid is significantly more efficient than its gas-burning counterparts, with combined EPA estimates of 78 MPGe under gas and electric power and 33 mpg combined with the battery depleted — well above the 24-to-25 mpg combined ratings of lesser Corsairs. That also puts the Corsair Grand Touring squarely mid-pack among its peers, including the more efficient Lexus NX450h+ and less efficient Volvo XC60 T8 Recharge. For more information about the Corsair Grand Touring's fuel economy, visit **the EPA's website**.

## Interior, Comfort, and Cargo

The Corsair boasts a handsome cabin that's similar to those in other SUV offerings from Lincoln, such as the **Navigator**, **Nautilus**, and **Aviator**. It's upholstered in soft leather and offers plenty of features. Adjustable ambient lighting, 24-way power-adjustable seats, a head-up display, and an app that allows users to unlock, lock, and start the vehicle with their smartphone are all available —although ordering such items will add a princely sum to the bottom line. Surprisingly, Lincoln says a top-spec **Black Label** model of the Corsair is not in the cards. The Corsair's cargo bay is generously sized. We managed to fit eight carry-on suitcases behind the rear seats, beating the **BMW X3** by one case. Lowering the rear seatbacks opens up enough room for 21 cases in total.




MICHAEL SIMARI | CAR AND DRIVER

THE CAR AND DRIVER DIFFERENCE



**Our Comprehensive Car Testing Explained**



**Why We Test: Every Number Tells a Story**

## Infotainment and Connectivity

A small 8.0-inch touchscreen running Lincoln's Sync 3 infotainment system is standard, and a 12.3-inch digital gauge cluster is optional. Although there is a bit of a learning curve, the interface is fairly easy to use, with joysticks on the steering wheel and voice-activated navigation helping the driver avoid reaching for the screen too often. The Grand Touring features a standard Revel 14-speaker audio system that comes with SiriusXM along with Apple CarPlay and Android Auto integration.

HOW TO BUY AND MAINTAIN A CAR



**How to Buy or Lease a New Car**




**How to Buy a Used Car**



**How to Repair, Maintain, and Care for Your Car**

## Safety and Driver-Assistance Features

★★★★★

Overall Safety Rating (NHTSA)

View Crash Test Results

The Corsair hybrid comes standard with a suite of driver-assistance features that Lincoln calls Co-Pilot360 but unlocking high-tech assists such as a self-parking feature or adaptive cruise control requires upgrading to the optional Co-Pilot360 Plus system. For more information about the Corsair hybrid's crash-test results, visit the National Highway Traffic Safety Administration (NHTSA) and Insurance Institute for Highway Safety (IIHS) websites. Key safety features include:

- **Standard automated emergency braking with pedestrian detection**
- **Standard lane-departure warning with lane-keeping assist**
- **Available adaptive cruise control**

## Warranty and Maintenance Coverage

Lincoln's standard powertrain warranty is more generous than its German rivals. Buyers of nonhybrid Black Label models are treated to a four-year/50,000-mile complimentary scheduled maintenance plan, but because the Corsair isn't offered in the Black Label trim, its buyers will have to go out of pocket for all oil changes, tire rotations, and the like.

- **Limited warranty covers four years or 50,000 miles**
- **Powertrain warranty covers six years or 70,000 miles**
- **Hybrid components are covered for eight years or 100,000 miles**
- **No complimentary scheduled maintenance**

## SPECIFICATIONS

**2021 Lincoln Corsair Grand Touring***
Vehicle Type: front-engine, front-motor, all-wheel-drive, 5-passenger, 4-door wagon

**PRICE**
Base/As Tested: $51,485/$61,035
Options: Equipment Group 301A (windshield wiper de-icer, heated steering wheel and rear seat, rain sensing wipers, Co-Pilot360 Plus, 360-degree camera), $4200; 20-inch wheels, $2000; 24-way power front seats, $1100

**POWERTRAIN**
DOHC 16-valve 2.5-liter Atkinson-cycle inline-4, 165 hp, 155 lb-ft + AC motor, 196 hp (combined output: 266 hp; 14.4-kWh lithium-ion battery pack)
Transmission: continuously variable automatic

**CHASSIS**
Suspension, F/R: struts/multilink
Brakes, F/R: 13.0-in vented disc/11.8-in disc
Tires: Continental CrossContact LX Sport 245/45R-20 99V M+S

**DIMENSIONS**
Wheelbase: 106.7 in
Length: 180.6 in
Width: 76.4 in
Height: 63.8 in
Passenger Volume: 101 $ft^3$
Cargo Volume: 27 $ft^3$
Curb Weight: 4588 lb

***C/D* TEST RESULTS**
60 mph: 7.0 sec
1/4-Mile: 15.4 sec @ 92 mph
100 mph: 18.6 sec
120 mph: 31.0 sec
*Results above omit 1-ft rollout of 0.3 sec.*
Rolling Start, 5–60 mph: 6.7 sec
Top Gear, 30–50 mph: 3.1 sec
Top Gear, 50–70 mph: 4.3 sec
Top Speed (gov ltd): 121 mph
Braking, 70–0 mph: 172 ft

***C/D* FUEL ECONOMY**
Observed: 24 MPGe

**EPA FUEL ECONOMY**
Combined/City/Highway: 33/32/34 mpg
Combined Gasoline + Electricity: 78 MPGe
EV Range: 28 mi

C/D TESTING EXPLAINED

** Test results and specs apply to current model year.*

MORE FEATURES AND SPECS

## SHOPPING TOOLS

### What's My Car Worth?

Car and Driver values are calculated from the same Black Book® data dealers use to appraise vehicles.

GET ESTIMATE

### Insurance Marketplace

See what you can save on car insurance.

LEARN MORE

### Auto Loans & Financing

Our finance experts answer any questions you may have about financing a vehicle.

LEARN MORE

## SIMILAR VEHICLES

### 2025 Volvo XC60 Hybrid

9/10 C/D RATING



Starting at

**$59,345** Build & Price

EC

EPA MPG

### 2025 Mercedes-Benz GLC350e...

8/10 C/D RATING



Starting at

**$61,050** Build & Price

EC

EPA MPG

### 202 Hyb



Starting a

**$52,77**

EPA MPG

**28** combined

**C/D SAYS:** Read our 2025 Volvo XC60 Hybrid review for information on ratings, pricing, specs, and features, and to see how this SUV performed in our testing. Learn More

EXPAND ALL MODEL YEARS

**25** combined

**C/D SAYS:** Mercedes-Benz's latest plug-in hybrid is the 2025 GLC350e SUV, which boasts an estimated 54 miles of EV driving range. Learn More

**27–36**

**C/D SAY**
looking
spades,
Learn M

# MORE FROM LINCOLN

## 2025 Lincoln Star



Starting at

**$70,000** est

EPA Est. Range

**N/A**

**C/D SAYS:** The next step in Lincoln's modernization plan, the slinky Star Concept electric SUV should launch by 2025 and usher in several other Lincoln EVs. Learn More

## 2025 Lincoln Nautilus Hybrid

**8**/10
C/D RATING



Starting at

**$55,385**

EPA MPG

**N/A**

**C/D SAYS:** The Nautilus Hybrid excels at keeping the outside world from intruding while providing smooth power and decent fuel economy. Learn More

EXPAND ALL MODEL YEARS

## 202



Starting a

**$60,5**

EPA MPG

**20–21**

**C/D SAY**
suspens
bluepri
heyday.