# EXHIBIT 5

# 2022 Lincoln Corsair

**7**/10
C/D RATING




LINCOLN

MSRP

**$37,775–$44,905**

SHOP USED



**HIGHS**

Upscale design, smooth ride, well-equipped cabin with a pleasing ambiance.

**LOWS**

Upper trims cost as much as more desirable SUVs, lacks athleticism, more powerful optional engine doesn't improve performance as much as expected.

**VERDICT**

The Corsair is a competent, comfortable, and stylish option among compact luxury SUVs, but rivals from Europe offer more allure.

## Specs

SEE ALL SPECS

**EPA MPG**
24–25 Combined

**Seating**
5 Seats

**Powertrain**
Gas

**Drivetrain**
All-Wheel Drive, Front-Wheel Drive

**Limited Warranty**
4 Years/50,000 Miles

By Drew Dorian

## Overview

Although it shares its platform with the Ford Escape crossover the 2022 Lincoln Corsair adds enough Lincoln-brand style, luxury, and high-end features to hide its mainstream roots. Refined road manners make the Corsair a good choice for those seeking comfort and solace while cruising, but some drivers will find its lack of athleticism a bit of a snooze when it comes to taking on curvy roads. Most models come with either a turbocharged 2.0- or 2.3-liter four-cylinder; a plug-in hybrid powertrain is also available but only on the expensive Grand Touring trim (reviewed separately). Rivals such as the Audi Q5, the BMW X3, and the Mercedes-Benz GLC-class offer more driving verve, but if your idea of luxury aligns with Lincoln's unique take on premium motoring, the Corsair is sure to please.

## What's New for 2022?

The Corsair sees some options-package changes for 2022. The new Luxury package is optional on Reserve and Grand Touring models and includes a head-up display and a 13-speaker Revel stereo system. Bronze Smoke Metallic, Elite Blue Metallic, and Ocean Drive Blue Metallic replace Artisan Blue, Burgundy Velvet, and Iced Mocha on the color palette.

## Pricing and Which One to Buy

The price of the 2022 Lincoln Corsair starts at $37,775 and goes up to $42,605 depending on the trim and options.




SHOP USED

The Reserve trim is where it's at. For the large step up in price, Lincoln provides several must-have items such as 19-inch wheels, a panoramic sunroof, a hands-free power liftgate, fog lamps, a 14-speaker Revel stereo system, in-dash navigation, SiriusXM satellite radio, a power-adjustable steering column, genuine wood interior trim, and heated front seats covered in Bridge of Weir leather with 10-way power adjustability and memory settings for the driver. From there, we'd exercise caution, as the Corsair's option packages carry big price tags. We'd also recommend sticking with the 2.0-liter turbocharged four-cylinder as its performance is very similar to the more expensive 2.3-liter's.

# For Sale Near You

| | | | | |
|---|---|---|---|---|
| NEW | NEW | NEW | NEW | NEW |
| **2025 Lincoln Corsair** | **2025 Lincoln Corsair** | **2025 Lincoln Corsair** | **2024 Lincoln Corsair** | **2024 Lincoln Cors** |
| 10 mi | 31 mi | 101 mi | 2,029 mi | 34 mi |
| **$45,450** | **$50,670** | **$61,720** | **$49,260** | **$49,5** |

## Engine, Transmission, and Performance

Two turbocharged four-cylinder engines are offered on the nonhybrid Corsair, a 250-hp 2.0-liter or 280-hp 2.3-liter four. Both engines come with an eight-speed automatic transmission. With the smaller engine, buyers can choose from either front- or all-wheel drive, but opting for the 2.3-liter brings all-wheel drive as standard. We tested both engines with all-wheel drive and found that their acceleration performance is almost identical; the smaller engine managed a 60-mph run in 6.1 seconds while the 2.3-liter did the deed in 6.0 seconds flat. Both are quicker than the old MKC, which delivered an adequate but unexciting 7.3-second 60-mph time. Key rivals such as the Q5 and the GLC300 are quicker and more satisfying to drive, though.




LINCOLN

RELATED STORIES



**2020 Lincoln Corsair Wants Your Gold**



**2020 Lincoln Corsair Is Refreshingly Unsporty**

## Fuel Economy and Real-World MPG

Choosing the more powerful of the two turbocharged engines doesn't negatively impact fuel economy much. According to the EPA, the 2.3-liter model with all-wheel drive sees 1 less mpg on the highway than the all-wheel-drive 2.0-liter model. The Corsair's most efficient nonhybrid model—the front-wheel-drive 2.0-liter—earns EPA ratings of 22 mpg city, 29 mpg highway, and 25 mpg combined. We've tested both engines with all-wheel drive; the 2.0-liter managed 30 mpg in our 200-mile highway fuel-economy test while the 2.3-liter returned 29 mpg. For more information about the Corsair's fuel economy, visit the EPA's website.

## Interior, Comfort, and Cargo

The 2022 Corsair boasts a handsome cabin that's similar to those in other SUV offerings from Lincoln, such as the **Navigator**, **Nautilus**, and **Aviator**. It's upholstered in soft leather and offers plenty of features. Adjustable ambient lighting, 24-way power-adjustable seats, a head-up display, and an app that allows users to unlock, lock, and start the vehicle with their smartphone are all available—although ordering such items will add a princely sum to the bottom line. Surprisingly, Lincoln says a top-spec **Black Label** model of the Corsair is not in the cards. The Corsair's cargo bay is generously sized. We managed to fit eight carry-on suitcases behind the rear seats, beating the X3 by one case. Lowering the rear seatbacks opens up enough room for 21 cases total.



VIEW PHOTOS

LINCOLN

THE CAR AND DRIVER DIFFERENCE



**Our Comprehensive Car Testing Explained**



**Why We Test: Every Number Tells a Story**

## Infotainment and Connectivity

An 8.0-inch touchscreen running Lincoln's Sync 3 infotainment system is standard, and a 12.3-inch digital gauge cluster is optional. The interface is fairly easy to use, and handy joysticks on the steering wheel help the driver avoid reaching for the screen too often. Apple CarPlay and Android Auto integration come on every model but in-dash navigation costs extra on the base Standard trim. Going with the Reserve model swaps the Corsair's 10-speaker stereo system for a 14-speaker Revel setup and adds SiriusXM satellite radio with real-time traffic and weather updates.

HOW TO BUY AND MAINTAIN A CAR



**How to Buy or Lease a New Car**




**How to Buy a Used Car**



**How to Repair, Maintain, and Care for Your Car**

## Safety and Driver-Assistance Features

Overall Safety Rating (NHTSA)
View Crash Test Results

All models come standard with a suite of driver-assistance features that Lincoln calls Co-Pilot360, but unlocking high-tech assists such as a self-parking feature or adaptive cruise control requires upgrading to the optional Co-Pilot360 Plus system. For more information about the Corsair's crash-test results, visit the National Highway Traffic Safety Administration (NHTSA) and Insurance Institute for Highway Safety (IIHS) websites. Key safety features include:

- **Standard automated emergency braking with pedestrian detection**
- **Standard lane-departure warning with lane-keeping assist**
- **Available adaptive cruise control**

## Warranty and Maintenance Coverage

Lincoln's standard powertrain warranty is more generous than its German rivals'. Buyers of Lincoln's Black Label models are treated to a four-year/50,000-mile complimentary scheduled maintenance plan, but because the Corsair isn't offered in the Black Label trim, its buyers will have to go out of pocket for all oil changes, tire rotations, and the like.

- Limited warranty covers four years or 50,000 miles
- Powertrain warranty covers six years or 70,000 miles
- No complimentary scheduled maintenance

## SPECIFICATIONS

**2020 Lincoln Corsair 2.0T AWD**

**VEHICLE TYPE**
front-engine, all-wheel-drive, 5-passenger, 4-door hatchback

**PRICE AS TESTED**
$54,375 (base price: $45,825)

**ENGINE TYPE**
turbocharged and intercooled DOHC 16-valve inline-4, aluminum block and head, direct fuel injection
**Displacement**
122 cu in, 1999 cc
**Power**
250 hp @ 5500 rpm
**Torque**
280 lb-ft @ 3000 rpm

**TRANSMISSION**
8-speed automatic

**CHASSIS**
Suspension (F/R): struts/multilink
Brakes (F/R): 12.1-in vented disc/11.9-in disc
Tires: Michelin Primacy Tour A/S, 225/55R-19 99V M+S

**DIMENSIONS**
Wheelbase: 106.7 in
Length: 180.6 in
Width: 74.3 in
Height: 64.1 in
Passenger volume: 103 cu ft
Cargo volume: 28 cu ft
Curb weight: 3988 lb

***C/D* TEST RESULTS**
Rollout, 1 ft: 0.3 sec
60 mph: 6.1 sec
100 mph: 17.6 sec
130 mph: 37.3 sec
Rolling start, 5–60 mph: 6.8 sec
Top gear, 30–50 mph: 3.4 sec
Top gear, 50–70 mph: 4.4 sec
1/4 mile: 14.7 sec @ 93 mph
Top speed (*C/D* est): 130 mph
Braking, 70–0 mph: 163 ft
Roadholding, 300-ft-dia skidpad*: 0.83 g
*stability-control-inhibited

***C/D* FUEL ECONOMY**
Observed: 22 mpg
75-mph highway driving: 30 mpg
Highway range: 480 miles

**EPA FUEL ECONOMY**
Combined/city/highway: 24–25/21–22/28–29 mpg

–

**2020 Lincoln Corsair 2.3T AWD**

**VEHICLE TYPE**
front-engine, all-wheel-drive, 5-passenger, 4-door hatchback

**PRICE AS TESTED**
$59,660 (base price: $46,965)

**ENGINE TYPE**
turbocharged and intercooled DOHC 16-valve inline-4, aluminum block and head, direct fuel injection
**Displacement**
138 cu in, 2264 cc
**Power**
295 hp @ 5500 rpm
**Torque**
310 lb-ft @ 3000 rpm

**TRANSMISSION**
8-speed automatic

**CHASSIS**
Suspension (F/R): struts/multilink
Brakes (F/R): 12.1-in vented disc/11.9-in disc
Tires: Continental CrossContact LX Sport, 245/45R-20 99V M+S

**DIMENSIONS**
Wheelbase: 106.7 in
Length: 180.6 in
Width: 74.3 in
Height: 64.1 in
Passenger volume: 103 cu ft
Cargo volume: 28 cu ft
Curb weight: 4058 lb

***C/D* TEST RESULTS**
Rollout, 1 ft: 0.3 sec
60 mph: 6.0 sec
100 mph: 17.3 sec

130 mph: 35.7 sec
Rolling start, 5–60 mph: 6.5 sec
Top gear, 30–50 mph: 3.2 sec
Top gear, 50–70 mph: 4.3 sec
1/4 mile: 14.8 sec @ 93 mph
Top speed (*C/D* est): 130 mph
Braking, 70–0 mph: 165 ft
Roadholding, 300-ft-dia skidpad*: 0.83 g
*stability-control-inhibited

***C/D* FUEL ECONOMY**
Observed: 20 mpg
75-mph highway driving: 29 mpg
Highway range: 460 miles

**EPA FUEL ECONOMY**
Combined/city/highway: 24/21/28 mpg

*C/D* TESTING EXPLAINED

MORE FEATURES AND SPECS

## SHOPPING TOOLS

### What's My Car Worth?

Car and Driver values are calculated from the same Black Book® data dealers use to appraise vehicles.

GET ESTIMATE

### Insurance Marketplace

See what you can save on car insurance.

LEARN MORE

### Auto Loans & Financing

Our finance experts answer any questions you may have about financing a vehicle.

LEARN MORE

## SIMILAR VEHICLES

### 2025 Porsche Macan

10/10 C/D RATING

### 2025 Genesis GV70

10/10 C/D RATING

### 202 Ben



Starting at
**$64,895**

EXPAND ALL MODEL YEARS



Starting at
**$47,650** Build & Price

EPA MPG



Starting a
**$50,4**

## MORE FROM LINCOLN

### 2025 Lincoln Star



Starting at
**$70,000** est

EPA Est. Range
**N/A**

**C/D SAYS:** The next step in Lincoln's modernization plan, the slinky Star Concept electric SUV should launch by 2025 and usher in several other Lincoln EVs. Learn More

### 2025 Lincoln Nautilus Hybrid

**8**/10
C/D RATING



Starting at
**$55,385**

EPA MPG
**N/A**

**C/D SAYS:** The Nautilus Hybrid excels at keeping the outside world from intruding while providing smooth power and decent fuel economy. Learn More

### 202



Starting a
**$60,5**

EPA MPG
**20–21**

**C/D SAY**
suspens
blueprir
heyday.