# EXHIBIT 6

# 2022 Ford Escape Hybrid

7.5/10
C/D RATING




ANDI HEDRICK | CAR AND DRIVER

MSRP
**$31,660–$42,120**

SHOP USED



**HIGHS**

Both powertrains are fuel efficient, PHEV's solid EV range, nice-looking lines.

**LOWS**

Cheap interior materials, ho-hum driving dynamics, some extra horsepower wouldn't hurt.

**VERDICT**

If you're looking to save on gas, the Escape Hybrid can help with that but, otherwise, driving it is a milquetoast experience.

## Specs

SEE ALL SPECS

**EPA MPGe**
40–41 Combined

**Seating**
5 Seats

**Powertrain**
Hybrid

**Drivetrain**
All-Wheel Drive, Front-Wheel Drive

**Limited Warranty**
3 Years/36,000 Miles

By Drew Dorian

## Overview

It's great on gas for an SUV, but the 2022 Ford Escape Hybrid is otherwise a vehicle that fails to elicit any strong emotions. Under the hood is a 2.5-liter four-cylinder augmented by two electric motors. This setup makes 200 hp in the standard hybrid model and 221 hp in the plug-in hybrid (PHEV). Neither one delivers much oomph, as their identical 7.7-second 60-mph times in our testing revealed. The Escape Hybrid is set up for commuting comfort, which is great if you're a casual driver, but we prefer something with more zest in the handling department, such as the Honda CR-V Hybrid or the nonhybrid Mazda CX-5. Both of those alternatives also treat occupants to a much nicer cabin than the Ford, which is plagued by low-rent materials and too much hard plastic. Luckily, a makeover is in store for the Escape Hybrid for 2023 may elevate it to a more competitive position.




## Where This Vehicle Ranks

**#14 in Best Compact SUVs for 2022 ›**



1 **Mazda CX-5**
STARTING AT: $27,525



2 **Volkswagen Tiguan**
STARTING AT: $27,785



3 **Hyundai Tucson**
STARTING AT: $26,245




**Hyundai Tucson Hybrid**
STARTING AT: $31,045




**Honda CR-V**
STARTING AT: $28,045




**Ford Escape Hybrid**
STARTING AT: $31,660

## What's New for 2022?

A trio of new colors—Atlas Blue, Flight Blue, and Iced Blue—join the color palette for 2022. Otherwise, the Escape Hybrid carries over to the new year with no changes. A styling refresh is underway for the Escape, but it won't debut until the 2023 model year.

## Pricing and Which One to Buy

The price of the 2022 Ford Escape Hybrid starts at $31,660 and goes up to $42,120 depending on the trim and options.




SHOP USED

The mid-range Titanium trim appears to offer a lot of value. It comes standard with a lot more equipment than the base SE, including leather upholstery, dual-zone automatic climate control, a self-parking feature, adaptive cruise control, in-dash navigation, and a 10-speaker stereo from Bang & Olufsen.

## Engine, Transmission, and Performance

To tackle competitors such as the **Honda CR-V hybrid** and the **Toyota RAV4 Hybrid**, the Escape Hybrid is offered with two different electrified powertrains. The standard setup consists of a 2.5-liter four-cylinder engine paired with two electric motors for a combined 200 horsepower. Front-wheel drive and a continuously variable automatic transmission are standard; all-wheel drive is an option. There's also an optional plug-in hybrid powertrain that makes a combined 221 horsepower thanks to a more powerful electric motor. This variant is offered only with front-wheel drive. Handling for both is competent but forgettable, and driving enthusiasts won't find it satisfying on a twisty road. Buyers seeking a comfortable ride for commuting, however, will be pleased.

## 0–60-MPH Times

At our test track the **Escape Hybrid** with the standard 200-hp powertrain required 7.7 seconds to hit 60 mph, lagging behind its analogs from Honda and Toyota. The Escape plug-in hybrid managed the same **7.7-second 60 mph time**, which is significantly slower than the RAV4 Prime plug-in hybrid, which used its 302-hp powertrain to hit **60 mph in just 5.6 seconds**.




ANDI HEDRICK | CAR AND DRIVER

MORE ON THE ESCAPE HYBRID SUV



**25 Bestselling Cars and Trucks of 2022**



**Tested: Ford Escape PHEV Stretches Every Gallon**



**Ford Escape Is Much Improved and Much Quicker**

## Range, Charging, and Battery Life

The **plug-in hybrid model** carries an 11.2-kWh battery pack, which is good enough for an EPA-estimated 37 miles of electric-only driving. On our 75-mph highway fuel-economy test, the plug-in hybrid model delivered 25 miles of highway driving on electricity before its battery depleted.

## Fuel Economy and Real-World MPG

With front-wheel drive and the standard powertrain, the Escape Hybrid is rated for 44 mpg city and 37 mpg highway; opting for all-wheel drive drops the city number by 1 mpg but the highway estimate remains 37 mpg. The plug-in hybrid model earns fuel economy ratings as high as 44 mpg city. For more information about the Escape Hybrid's fuel economy, visit **the EPA's website**.

## Interior, Comfort, and Cargo

The Escape Hybrid's cabin, while handsomely styled and spacious for both front- and rear-seat occupants, suffers from several low-rent plastic panels, including those on the doors and lower center console. Highly textured cloth seat upholstery is standard, while higher trim levels receive either convincing faux-leather seating surfaces or genuine leather in the top-spec Titanium. Behind the Escape's rear seat is a capacious cargo hold that provides space for up to eight carry-on suitcases, which ties its crosstown rival, the **Chevrolet Equinox**. We fit 21 cases with the Escape's rear seats folded but the Equinox held two more.




ANDI HEDRICK | CAR AND DRIVER

THE CAR AND DRIVER DIFFERENCE



**Our Comprehensive Car Testing Explained**



**Why We Test: Every Number Tells a Story**

## Infotainment and Connectivity

All Escape Hybrids come with an 8.0-inch touchscreen display with Ford's Sync 3 infotainment interface and Apple CarPlay and Android Auto capability. A 12.3-inch digital gauge display is optional. In-dash navigation is optional on the SE and SEL but is standard on the Titanium. A six-speaker stereo is standard but a 10-speaker setup by Bang & Olufsen is available as an option.

HOW TO BUY AND MAINTAIN A CAR



**How to Buy or Lease a New Car**




**How to Buy a Used Car**



**How to Repair, Maintain, and Care for Your Car**

## Safety and Driver-Assistance Features

★★★★★

Overall Safety Rating (NHTSA)

View Crash Test Results

Basic driver-assistance features are standard, including lane-keeping assist, blind-spot monitoring, and automated emergency braking. If you want adaptive cruise control or a self-parking feature, you'll have to add those as options. For more information about the Escape Hybrid's crash-test results, visit the National Highway Traffic Safety Administration (NHTSA) and Insurance Institute for Highway Safety (IIHS) websites. Key safety features include:

- Standard automated emergency braking with pedestrian detection
- Standard lane-departure warning with lane-keeping assist
- Available adaptive cruise control

## Warranty and Maintenance Coverage

Ford's standard nonhybrid warranty package is fairly basic, especially compared to rivals such as the Hyundai Tucson and the Kia Sportage, both of which offer far longer powertrain coverage. The Escape Hybrid, however, comes with a policy that's specific to its electrified powertrains and provides up to 100,000 miles worth of protection.

- **Limited warranty covers 3 years or 36,000 miles**
- **Powertrain warranty covers 5 years or 60,000 miles**
- **Hybrid component warranty covers 8 years or 100,000 miles**
- **No complimentary scheduled maintenance**

## SPECIFICATIONS

**2021 Ford Escape Titanium Plug-In Hybrid**
Vehicle Type: front-engine, front-motor, front-wheel-drive, 5-passenger, 4-door wagon

**PRICE**
Base/As Tested: $40,130/$40,130
Options: none

**POWERTRAIN**
DOHC 16-valve 2.5-liter Atkinson-cycle inline-4, 165 hp, 155 lb-ft + AC motor (combined output: 221 hp; 11.2-kWh lithium-ion battery (*C/D* est); 3.3-kW onboard charger)
Transmission: continuously variable automatic

**CHASSIS**
Suspension, F/R: struts/multilink
Brakes, F/R: 12.1-in vented disc/11.9-in vented disc
Tires: Michelin Primacy A/S 225/60R-18 100H M+S

**DIMENSIONS**
Wheelbase: 106.7 in
Length: 180.5 in
Width: 74.1 in
Height: 66.1 in
Passenger Volume: 101 $ft^3$
Cargo Volume: 34 $ft^3$
Curb Weight: 3955 lb

***C/D* TEST RESULTS**
60 mph: 7.7 sec
1/4-Mile: 16.0 sec @ 91 mph
100 mph: 19.3 sec
120 mph: 31.3 sec
*Results above omit 1-ft rollout of 0.3 sec.*
Rolling Start, 5–60 mph: 7.7 sec
Top Gear, 30–50 mph: 3.2 sec
Top Gear, 50–70 mph: 4.5 sec
Top Speed (gov ltd): 122 mph
Braking, 70–0 mph: 164 ft
Roadholding, 300-ft Skidpad: 0.79 g

***C/D* FUEL ECONOMY**
Observed: 36 MPGe
75-mph Highway Driving, EV/Hybrid Mode: 74 MPGe/35 mpg
Highway Range, EV/Hybrid mode: 25/380 mi

**EPA FUEL ECONOMY**
Combined/City/Highway: 40/43/38 mpg
Combined Gasoline + Electricity: 105 MPGe
EV Range: 37 mi

*C/D* TESTING EXPLAINED

-

**2020 Ford Escape SE Sport Hybrid AWD**

**VEHICLE TYPE**
front-engine, all-wheel-drive, 5-passenger, 4-door hatchback

**PRICE AS TESTED**
$34,345 (base price: $30,950)

**POWERTRAIN**
DOHC 16-valve Atkinson-cycle 2.5-liter inline-4, 163 hp, 155 lb-ft; permanent-magnet synchronous AC motor; combined output, 200 hp; 1.1-kWh lithium-ion battery pack

**TRANSMISSION**
continuously variable automatic

**CHASSIS**
Suspension (F/R): struts/multilink
Brakes (F/R): 13.0-in vented disc/11.9-in disc
Tires: Bridgestone Ecopia H/L 422 Plus, 225/55R-19 99H M+S

**DIMENSIONS**
Wheelbase: 106.7 in
Length: 180.5 in
Width: 74.1 in
Height: 66.1 in
Passenger volume: 101 cu ft
Cargo volume: 31 cu ft
Curb weight: 3791 lb

***C/D* TEST RESULTS**
Rollout, 1 ft: 0.4 sec
60 mph: 7.7 sec
100 mph: 21.8 sec
110 mph: 31.6 sec
Rolling start, 5–60 mph: 7.9 sec
Top gear, 30–50 mph: 3.4 sec
Top gear, 50–70 mph: 4.7 sec
¼-mile: 16.1 sec @ 89 mph
Top speed (*C/D* est): 120 mph
Braking, 70–0 mph: 167 ft
Roadholding, 300-ft-dia skidpad: 0.83 g

***C/D* FUEL ECONOMY**
Observed: 30 mpg

**EPA FUEL ECONOMY**
Combined/city/highway: 40/43/37 mpg

# SHOPPING TOOLS

## What's My Car Worth?

Car and Driver values are calculated from the same Black Book® data dealers use to appraise vehicles.

GET ESTIMATE

## Insurance Marketplace

See what you can save on car insurance.

LEARN MORE

## Auto Loans & Financing

Our finance experts answer any questions you may have about financing a vehicle.

LEARN MORE

# SIMILAR VEHICLES

## 2025 Honda CR-V Hybrid

10/10 C/D RATING



Starting at
**$36,045** Build & Price

EPA MPG
**N/A**

**C/D SAYS:** The standard CR-V already possesses everything you expect in a compact SUV, and the 2025 CR-V Hybrid's efficient and refined powertrain sweetens the deal. Learn More

EXPAND ALL MODEL YEARS

## 2025 Hyundai Tucson Hybrid

8.5/10 C/D RATING



Starting at
**$34,915** Build & Price

EPA MPG
**35–38** combined

**C/D SAYS:** Freshened styling and a revised infotainment system help the Tucson Hybrid maintain its status as one of the best values in the hybrid compact SUV segment. Learn More

EXPAND ALL MODEL YEARS

## 202 Hyb

Starting a
**$35,8**

EPA MPG
**38** com

**C/D SAY** 2025 M 219 hor econom

# MORE FROM FORD

## 2026 Ford Mustang Raptor

## 2025 Ford Mustang GTD

## 202