# EXHIBIT 7

# 2022 Ford Escape

7.5/10
C/D RATING





FORD

MSRP

**$28,660–$38,325**

SHOP USED



**HIGHS**

Friendly and unassuming styling, two available powertrains, standard driver-assistance features.

**LOWS**

Entry-level models are very basic, unrefined base engine, snooze-worthy handling.

**VERDICT**

While nicely sized and fairly practical, the Escape lacks the finesse of class-leading compact SUVs.

## Specs

SEE ALL SPECS

**EPA MPG**
26–30 Combined

**Seating**
5 Seats

**Powertrain**
Gas

**Drivetrain**
All-Wheel Drive, Front-Wheel Drive

**Limited Warranty**
3 Years/36,000 Miles

By Drew Dorian

## Overview

With the launch of the similarly sized Bronco Sport last year giving compact SUV buyers an off-road-capable option at their Ford showroom, the 2022 Escape's soft-road capability and carlike ride and handling can continue to serve on-road-oriented drivers. Unlike the Bronco Sport, the Escape can be had with hybrid and plug-in-hybrid powertrains (reviewed separately), although the base turbo three- and upgraded turbo-four engines are still offered here. The Escape offers plenty of people and cargo space inside, but its cabin isn't as refined as rivals such as the Hyundai Tucson, the Mazda CX-5, and the Volkswagen Tiguan. Still, the Escape comes standard with desirable driver-assistance features and can be outfitted with plentiful optional luxuries and convenience items—as long as you're willing to pay for one of the higher trim levels.

## Where This Vehicle Ranks

**#13 in Best Compact SUVs for 2022 ›**




**Mazda CX-5**
STARTING AT: $27,525




**Volkswagen Tiguan**
STARTING AT: $27,785




**Hyundai Tucson**
STARTING AT: $26,245




**Hyundai Tucson Hybrid**
STARTING AT: $31,045




**Honda CR-V**
STARTING AT: $28,045




**Ford Escape**
STARTING AT: $28,660

## What's New for 2022?

Other than three new blue colors joining the options sheet—Atlas Blue, Flight Blue, and Iced Blue—the 2022 Escape is the same as the 2021 model.

## Pricing and Which One to Buy

The price of the 2022 Ford Escape starts at $28,660 and goes up to $38,325 depending on the trim and options.




SHOP USED

The best value of the lineup is the midrange SEL trim with front-wheel drive. The SEL adds plenty of niceties that compact-SUV shoppers will appreciate, including rear parking sensors, memory settings for the driver's seat and exterior mirrors, faux leather upholstery, a remote-start feature, a leather-wrapped steering wheel with heat, a hands-free power liftgate, fog lamps, and roof-rack side rails.

# For Sale Near You

USED
**2022 Ford Escape**
44,797 mi
**$20,486**

USED
**2022 Ford Escape**
6,387 mi
**$26,999**

NEW
**2025 Ford Escape**
7 mi
**$32,385**

NEW
**2025 Ford Escape**
32 mi
**$32,880**

NEW
**2025 Ford Escape**
8 mi
**$33,3**

## Engine, Transmission, and Performance

The 2022 Escape offers a wide range of powertrains, starting with a 181-hp turbocharged 1.5-liter three-cylinder engine that can be had with either front- or all-wheel drive. The turbo three, while somewhat grumbly and unrefined, provides adequate acceleration and managed to motivate an all-wheel-drive Escape SE to 60 mph in 7.7 seconds at our test track; the plug-in hybrid model matched this result. Upgrading to the 250-hp turbocharged 2.0-liter four-cylinder is the compelling choice and was powerful enough to score a 5.7-second result in the same zero-to-60-mph test. Both gasoline engines are paired to an eight-speed automatic transmission. To tackle competition in the form of the Honda CR-V hybrid and the Toyota RAV4 plug-in hybrid, Ford offers two Escape hybrids, but we review those models separately.




FORD

MORE ON THE ESCAPE SUV



**25 Bestselling Cars and Trucks of 2022**



**Ford Escape Is Much Improved and Much Quicker**



**2020 Ford Escape vs. 2020 Mazda CX-5**

## Fuel Economy and Real-World MPG

According to the EPA, the turbocharged 1.5-liter three-cylinder model with front-wheel drive will offer the highest fuel economy estimates among nonhybrid Escape models. It's rated for 27 mpg city, 33 mpg highway, and 30 mpg combined; adding all-wheel drive drops those numbers to 26 mpg city, 31 mpg highway, and 28 mpg combined. We tested an all-wheel-drive model with the turbo three-cylinder and managed an impressive 35 mpg during our 75-mph highway fuel-economy route. Although the larger turbocharged 2.0-liter four-cylinder with all-wheel drive is rated for 23 mpg city, 31 mpg highway, and 26 mpg combined, we ended up with a 32-mpg highway result in our testing. For more information about the Escape's fuel economy, visit the EPA's website.

## Interior, Comfort, and Cargo

The Escape's cabin, while handsomely styled and spacious for both front- and rear-seat occupants, suffers from several low-rent plastic panels, including those on the doors and lower center console. Highly textured cloth seat upholstery is standard, while higher trim levels receive either convincing faux-leather seating surfaces or genuine leather in the top-spec Titanium. Behind the Escape's rear seat is a capacious cargo hold that provides space for up to eight carry-on suitcases, which ties its crosstown rival, the Chevrolet Equinox. We fit 21 cases with the Escape's rear seats folded, but the Equinox held two more.



VIEW PHOTOS

FORD

THE CAR AND DRIVER DIFFERENCE



**Our Comprehensive Car Testing Explained**



**Why We Test: Every Number Tells a Story**

## Infotainment and Connectivity

While base S models come with a 4.2-inch radio display and an AM/FM radio as the only entertainment, SE trim levels and higher get a larger 8.0-inch touchscreen display with Ford's latest Sync 3 infotainment interface and Apple CarPlay/Android Auto capability. A smartphone app provides remote access to vehicle telematics and remote start on all Escape models, but the most connected and high-tech Escape is the Titanium model, which comes standard with a 10-speaker B&O Play audio system, in-dash navigation, and a 12.3-inch digital gauge display. A pop-up head-up display is optional.

HOW TO BUY AND MAINTAIN A CAR



**How to Buy or Lease a New Car**




**How to Buy a Used Car**



**How to Repair, Maintain, and Care for Your Car**

## Safety and Driver-Assistance Features

Overall Safety Rating (NHTSA)
View Crash Test Results

Ford is offering a suite of driver-assistance features, which it calls Co-Pilot360, as standard on every Escape model. For more information about the Escape's crash-test results, visit the National Highway Traffic Safety Administration (NHTSA) and Insurance Institute for Highway Safety (IIHS) websites. Key safety features include:

- Standard forward-collision warning with automated emergency braking

- Standard lane-departure warning with lane-keeping assist
- Standard blind-spot monitoring with rear cross-traffic alert

## Warranty and Maintenance Coverage

Ford's standard warranty package is fairly basic, especially compared to rivals such as the Hyundai Tucson and the Kia Sportage, both of which offer far longer powertrain coverage.

- Limited warranty covers 3 years or 36,000 miles
- Powertrain warranty covers 5 years or 60,000 miles
- No complimentary scheduled maintenance

## SPECIFICATIONS

**2020 Ford Escape SE 1.5T AWD**

**VEHICLE TYPE**
front-engine, all-wheel-drive, 5-passenger, 4-door hatchback

**PRICE AS TESTED**
$30,485 (base price: $29,790)

**ENGINE TYPE**
turbocharged and intercooled DOHC 12-valve inline-3, aluminum block and head, port and direct fuel injection
**Displacement**
91 cu in, 1496 cc
**Power**
181 hp @ 6000 rpm
**Torque**
190 lb-ft @ 3000 rpm

**TRANSMISSION**
8-speed automatic

**CHASSIS**
Suspension (F/R): struts/multilink
Brakes (F/R): 13.0-in vented disc/11.9-in disc
Tires: Continental ProContact TX, 225/65R-17 102H M+S

**DIMENSIONS**
Wheelbase: 106.7 in
Length: 180.5 in
Width: 74.1 in
Height: 66.1 in
Passenger volume: 103 cu ft
Cargo volume: 34 cu ft
Curb weight: 3494 lb

***C/D***
**TEST RESULTS**
Rollout, 1ft: 0.3 sec
60 mph: 7.7 sec
100 mph: 23.5 sec
Rolling start, 5–60 mph: 8.3 sec
Top gear, 30–50 mph: 4.1 sec
Top gear, 50–70 mph: 5.4 sec
Standing ¼-mile: 15.9 sec @ 87 mph
Top speed (governor limited): 122 mph
Braking, 70–0 mph: 162 ft
Roadholding, 300-ft-dia skidpad*: 0.84 g
*stability-control-inhibited

***C/D***
**FUEL ECONOMY**
Observed: 26 mpg
75-mph highway driving: 35 mpg
Highway range: 540 miles

**EPA FUEL ECONOMY**
Combined/city/highway: 28/26/31 mpg

–

**2020 Ford Escape Titanium 2.0T AWD**

**VEHICLE TYPE**
front-engine, all-wheel-drive, 5-passenger, 4-door hatchback

**PRICE AS TESTED**
$40,270 (base price: $37,880)

**ENGINE TYPE**
turbocharged and intercooled DOHC 16-valve inline-4, aluminum block and head, direct fuel injection
**Displacement**
120 cu in, 1974 cc
**Power**
250 hp @ 5500 rpm
**Torque**
280 lb-ft @ 3000 rpm

**TRANSMISSION**
8-speed automatic

**CHASSIS**
Suspension (F/R): struts/multilink
Brakes (F/R): 13.0-in vented disc/11.9-in disc
Tires: Bridgestone Ecopia H/L 422 Plus, 225/55R-19 99H M+S

**DIMENSIONS**
Wheelbase: 106.7 in
Length: 180.5 in
Width: 74.1 in
Height: 68.6 in
Passenger volume: 103 cu ft
Cargo volume: 34 cu ft
Curb weight: 3731 lb

***C/D***
**TEST RESULTS**
Rollout, 1ft: 0.3 sec
60 mph: 5.7 sec
100 mph: 15.5 sec
120 mph: 25.7 sec
Rolling start, 5–60 mph: 6.6 sec
Top gear, 30–50 mph: 3.0 sec
Top gear, 50–70 mph: 4.0 sec
Standing ¼-mile: 14.3 sec @ 96 mph
Top speed (governor limited): 126 mph
Braking, 70–0 mph: 168 ft
Roadholding, 300-ft-dia skidpad*: 0.85 g
*stability-control-inhibited

***C/D* FUEL ECONOMY**
Observed: 22 mpg
75-mph highway driving: 32 mpg
Highway range: 500 miles

**EPA FUEL ECONOMY**
Combined/city/highway: 26/23/31 mpg

MORE FEATURES AND SPECS

## SHOPPING TOOLS

### What's My Car Worth?
Car and Driver values are calculated from the same Black Book® data dealers use to appraise vehicles.

GET ESTIMATE

### Insurance Marketplace
See what you can save on car insurance.

LEARN MORE

### Auto Loans & Financing
Our finance experts answer any questions you may have about financing a vehicle.

LEARN MORE

## For Sale Near You

USED
**2022 Ford Escape**
44,797 mi
**$20,486**

USED
**2022 Ford Escape**
6,387 mi
**$26,999**

NEW
**2025 Ford Escape**
7 mi
**$32,385**

NEW
**2025 Ford Escape**
32 mi
**$32,880**

NEW
**2025 Forc**
8 mi

## SIMILAR VEHICLES

**2025 Honda CR-V** 10/10 C/D RATING

**2025 Mazda CX-50** 9.5/10 C/D RATING

**202**



Starting at
**$31,495** Build & Price

EPA MPG
**28–30** combined

**C/D SAYS:** The Honda CR-V maintains its leadership in the compact crossover segment, continuing into 2025 as an all-around gem. Learn More

EXPAND ALL MODEL YEARS



Starting at
**$31,720** Build & Price

EPA MPG
**25–28** combined

**C/D SAYS:** The Mazda lineup has more SUVs than ever, but the 2025 CX-50 is proof that there's still plenty of zoom-zoom left in the tank. Learn More

EXPAND ALL MODEL YEARS



Starting a
**$30,19**

EPA MPG
**24–28**

**C/D SAY**
the Maz
exterior

## MORE FROM FORD

### 2026 Ford Mustang Raptor



Starting at
**$90,000** est

EPA MPG

### 2025 Ford Mustang GTD




Starting at
**$325,000** est

EPA MPG

### 202



Starting a
**$39,8**

EPA MPG

Case 2:25-cv-10970-LVP-CI ECF No. 13-8, PageID.1246 Filed 07/25/25 Page 11 of 11

**N/A**

**C/D SAYS:** Ford isn't horsing around with the upcoming 2026 Ford Mustang Raptor, which mixes mud and muscle car with over 700 horsepower. Yes, it's crazy. **Learn More**

**N/A**

**C/D SAYS:** Leave the fire suit at home; the 2025 Ford Mustang GTD brings race-car antics to normal roadways with giant fenders, a massive wing, and over 800 horsepower. **Learn More**

**17–20**

**C/D SAY**
version,
grid for
daily dr