# EXHIBIT 8

Case 2:25-cv-10970-LVP-EAS ECF No. 13-9, PageID.1248 Filed 07/25/25 Page 2 of 4

# 100 MPGE! ALL-NEW FORD ESCAPE PLUG-IN HYBRID BRINGS BEST-IN-CLASS EPA-ESTIMATED COMBINED FUEL ECONOMY

Jun 8, 2020 | DEARBORN, Mich.



All-new Ford Escape Plug-In Hybrid

- All-new Ford Escape Plug-In Hybrid with advanced fourth-generation hybrid technology system has a class-leading EPA-estimated fuel economy rating of 100 MPGe combined
- Ford Escape Plug-in Hybrid has an EPA-estimated all-electric range of 37 miles – 11 more miles than even Ford Fusion Energi, with more passenger space and up to four times the cargo volume behind its second-row seats
- In addition to potential savings at the pump, purchasing an Escape Plug-In Hybrid may qualify a customer for state tax incentives or rebates[1]; Escape Plug-In Hybrid starts under $35,000 MSRP

**DEARBORN, Mich., June 8, 2020 –** The all-new Ford Escape Plug-In Hybrid now has a best-in-class EPA-estimated economy rating of 100 MPGe combined and an EPA-estimated 37 miles of all-electric driving range.[2]

MPGe, or miles per gallon of gasoline equivalent, is an Environmental Protection Agency metric to compare the amount of energy consumed by alternative fuel vehicles – including those partially powered by electricity, like Ford Escape Plug-In Hybrid – to what traditional gas-powered vehicles consume.

"The original Ford Escape was the world's first hybrid SUV and the all-new Ford Escape Plug-in Hybrid represents how far we've come in technology and efficiency," said Hau Thai-Tang, Ford chief product development and purchasing officer. "The all-new Escape plug-in has more power and more passenger space than the Fusion Energi plug-in, as well as up to four times the cargo volume behind its second-row seats."

Hybrids can serve as a hedge against rising gas prices. The Escape Plug-In Hybrid is available as gas prices are expected to rise, according to AAA, following the easing of stay-at-home mandates across the country. As consumers begin returning to work and taking weekend trips, demand for gasoline is expected to spike from the decades-low prices of the past two months.

Whether gas is $1.87 a gallon like today or $2.87 a gallon like this time last year, Escape Plug-In Hybrid is suited for both, with an EPA-estimated all-electric range of 37 miles and an EPA-estimated rating of 41 miles per gallon combined when running strictly on gasoline.

"The economic and environmental impacts of this virus have created a roller coaster for consumers looking to balance value, need and efficiency going forward," Thai-Tang said. "Ford Escape Plug-In Hybrid is that ideal balance our customers want."

In addition to potential savings at the pump, Escape Plug-In Hybrid starts under $35,000 MSRP.

The Escape Plug-In Hybrid is part of Ford's investment of more than $11.5 billion in electrified vehicles. This Escape features Ford's innovative fourth-generation hybrid propulsion system, which includes an all-new 2.5-liter Atkinson cycle hybrid engine and electronic continuously variable transmission. The plug-in hybrid system is available on every Escape trim level except S and SE Sport.

Escape Plug-In Hybrid has plenty of room for passengers and cargo thanks to the smart placement of its liquid-cooled, 14.4-kilowatt-hour lithium-ion battery below the second-row seats, rather than occupying a significant portion of the cargo area.

Escape Plug-In Hybrid has a Level 1/Level 2 AC charging port. Using a 110-volt Level 1 charger, the estimated time to fully charge the battery is 10 to 11 hours. Using a 240-volt Level 2 charger, charge time drops to roughly 3.5 hours.[3]

Hybrid models feature four modes that allow customers to select the setting most suitable for their individual needs. This means:

- In Auto EV mode, the vehicle decides whether to run on gas or electric power
- In EV Now mode, drivers can operate on all-electric power
- In EV Later mode, drivers can switch to full gas-hybrid driving to conserve electric miles for later
- In all-new EV Charge mode, drivers can continue to charge the battery while driving and generate electric-only miles to use later

Escape comes standard with Ford Co-Pilot360™ and offers available Ford Co-Pilot360™ Assist+ features such as Adaptive Cruise Control with Stop-and-Go and Lane-Centering, Evasive Steering Assist, and a voice-activated navigation system with SiriusXM™ Traffic and Travel Link. Also available is the class-exclusive Active Park Assist 2.0.

# # #

[1] A state tax credit or rebate is a potential future tax savings. The amount of your tax savings will depend on your individual tax circumstances. Please consult with your own tax or legal professional to determine eligibility and the specific amount of your incentive or rebate available. Tax incentives and additional rebates

are not within Ford's control. This information does not constitute tax or legal advice. https://afdc.energy.gov/laws

[2] 2.5L Plug-in Hybrid. Actual mileage and range will vary. Range calculation based on 11.2 gallon tank.

[3] Charge time based on manufacturer computer engineering simulations. The charging rate decreases as battery reaches full capacity. Your results may vary based on peak charging times and battery state of charge.

## About Ford Motor Company

*Ford Motor Company (NYSE: F) is a global company based in Dearborn, Michigan, committed to helping build a better world, where every person is free to move and pursue their dreams. The company's Ford+ plan for growth and value creation combines existing strengths, new capabilities and always-on relationships with customers to enrich experiences for customers and deepen their loyalty. Ford develops and delivers innovative, must-have Ford trucks, sport utility vehicles, commercial vans and cars and Lincoln luxury vehicles, along with connected services. The company does that through three customer-centered business segments: Ford Blue, engineering iconic gas-powered and hybrid vehicles; Ford Model e, inventing breakthrough electric vehicles along with embedded software that defines exceptional digital experiences for all customers; and Ford Pro, helping commercial customers transform and expand their businesses with vehicles and services tailored to their needs. Additionally, Ford provides financial services through Ford Motor Credit Company. Ford employs about 174,000 people worldwide. More information about the company and its products and services is available at corporate.ford.com.*