# EXHIBIT 9

# 2023 Ford Escape



## Overview

- New athletically styled Escape ST-Line features upscale interior design, black mesh grille, unique rear skid plate, large single-wing rear spoiler and available "coast to coast" LED light bar that runs from headlamp to headlamp
- Advanced technology includes available Alexa Built-In as well as SYNC® 4 with available Enhanced Voice Recognition and Connected Built-in Navigation; also available is Ford Co-Pilot360™ Technology with Intersection Assist 2.0 and Blind Spot Assist
- EcoBoost, hybrid and plug-in hybrid powertrain options offer customers the power of choice while allowing them to personalize their drive experience; every model in the lineup targets an EPA-estimated range of at least 400 miles per tank. The full hybrid model with front-wheel drive targets an EPA-estimated range of more than 550 miles*

Equipped better than ever before to conquer daily adventures – from heavy traffic to lunch with co-workers or maneuvering into the last parking space on the block – the new Ford Escape® SUV is ready to shine in the city and for quick getaways.

Ford has given the compact SUV a thorough makeover that includes a stylish new ST-Line series, available 13.2-inch display with cloud-connected SYNC 4 Technology and new advanced driver-assistance system technologies. Continuing popular features include a sliding second row seat with more second-row legroom than the Toyota Sequoia,1 and hybrid and plug-in hybrid engine choices.

"The new Escape is the perfect getaway vehicle," said brand manager Adrienne Zaski. "From large touchscreens that can wirelessly display Apple CarPlay® and Android Auto™ while your phone stays in your pocket to a sliding second row that offers more legroom, it makes everyday adventures easy to handle – from meetings on the fly, to coffee runs with friends, or even a power nap in the back seat."

**Sporty New ST-Line, New Series Lineup**

A new sporty ST-Line series, offered in three models, boosts the look of Escape with athletic touches. The ST-Line offers a 1.5-liter EcoBoost engine targeting 180-hp with front-wheel or available all-wheel drive, as well as an available hybrid option with front-wheel drive. ST-Line Select and ST-Line Elite both offer an available 2.0-liter EcoBoost engine targeting 250-hp2 and standard all-wheel drive and an available hybrid option.

The ST-Line models stand apart from the crowd with a series-specific black mesh grille, unique rear skid plate and a large single-wing rear spoiler. Every surface is monochromatically painted down to the moldings for a dynamic, refined appearance. The well-equipped ST-Line Elite model includes an available eye-catching "coast-to-coast" LED light bar that stretches from headlamp to headlamp for a distinctive addition.

The calming interior offers a respite from the outside world. The Ebony environment is highlighted with red stitching on the door panels, seat trim, center arm rest, floor mats and steering wheel. Also, a flat-bottom steering wheel and 18-inch Rock Metallic painted aluminum wheels are standard. The ST-Line Select model offers the optional 19-inch Machine-Faced Ebony Painted aluminum wheels that are standard on the ST-Line Elite model.

"Not every customer wants a rugged and boxy SUV, so we've made the new Escape more energetic, confident and sleeker," said Amko Leenarts, director, Ford Design. "The Escape interior complements the exterior, with a relaxing space that's stylish yet comfortable with easy access to technology for the road or staying connected with friends and family."

In addition to the ST-Line models, the Escape lineup also includes Base, Escape Active™, Platinum and Plug-in Hybrid models. Escape Base and Active models offer a 1.5-liter EcoBoost engine with front-wheel or available all-wheel drive. Platinum model offers a 2.0-liter EcoBoost engine with all-wheel drive and a hybrid powertrain option with front-wheel or all-wheel drive.

In Base model, the interior color is Ebony, while in Escape Active, Platinum and Plug-in Hybrid models, there's a choice of Ebony or Space Gray.

The 2023 Escape SUV also comes standard with new LED reflector headlamps with signature lighting. Inside is ample seating for up to five along with a rear seat that can slide nearly 6 inches – simply move forward to maximize cargo room or slide back for more leg room.

New available amenities include a 13.2-inch center-stack screen for easy viewing, and available technologies include Intelligent Adaptive Cruise Control with Stop-and-Go, Predictive Speed Assist, Rear Cross Traffic Braking, Reverse Brake Assist, Evasive Steering Assist and Connected Built-In Navigation. Other available amenities include a 12.3-inch digital instrument panel cluster, Rear Parking Sensors, 360-degree camera3 and a wireless charging pad.4

**Hybrids Offer Consumers Power of Choice**

Escape, which debuted the world's first hybrid SUV in 2005, brings back two hybrid choices for 2023, a full hybrid and a Plug-In Hybrid** model.

"Ford is among the leading hybrid automakers in the U.S. because we understand that not all of our customers are ready to go all-electric," said Zaski. "With two hybrid powertrain choices, customers can spend less time at the gas station and keep more money in their pockets."

Every model in the 2023 Ford Escape SUV lineup, whether powered by one of two available EcoBoost engines or hybrid powertrains, targets an EPA-estimated range of at least 400 miles per tank*. The full hybrid model with front-wheel-drive targets an EPA-estimated range of more than 550 miles.

Escape Plug-In Hybrid model** includes Ford's advanced fourth-generation hybrid propulsion system, which includes a 2.5-liter Atkinson cycle hybrid engine and electronic continuously variable transmission. The front-wheel drive hybrid model is projected to produce a combined system of 210 hp.5

The 2023 Ford Escape SUV Plug-In Hybrid model** targets an EPA-estimated range of 37 miles in electric-only mode.6. Escape Plug-In Hybrid has a Level 1 / Level 2 AC charging port. Using a 110-volt Level 1 charge, the estimated time to fully charge the battery is 10 to 11 hours. Using a 240-volt Level 2 charge, charge time drops to roughly 3.5 hours.

The Escape Plug-In Hybrid model** features four EV modes that allow customers to select the settings most suitable for their individual needs.

- In Auto EV mode, the vehicle decides whether to run on gas or electric power
- In EV Now mode, drivers can operate on all-electric driving
- In EV Later mode, drivers can switch to full gas-powered driving to conserve electric miles for later
- In EV Charge mode, drivers can continue to charge the battery while driving and generate electric-only miles to use later

**New Levels of Connectivity, Driver-Assist Features**

The new Escape is also smart and connected with SYNC 4 providing cloud-connected navigation and integrating standard wireless Apple CarPlay software feature and Android Auto smart driving capability for fast, easy connectivity.7

The cloud connectivity combines SYNC 4 with available Enhanced Voice Recognition with the power of internet-based search results so drivers and passengers have access to the latest information with almost every request – from close restaurants to nearby charging stations.8 Available Connected Built-In Navigation delivers accurate traffic information on closures, accidents and more, while a digital owner's manual lets owners find information about their vehicle quickly and easily.9

In addition, Ford Power-Up over-the-air software updates are transforming the ownership experience by regularly adding new software features and other improvements that keep making Ford vehicles better over time. Customers can pre-schedule software updates at convenient times – perfect for owners with busy schedules.10

The Alexa Built-in hands-free experience with complimentary connectivity for Alexa for up to three years makes it easy to listen to music, navigate, control smart home devices, add items to a shopping list and more.11 The integrated system offers seamless voice commands such as "Alexa, find the closest gas station," or "Alexa, play my road trip playlist," or "Alexa, call Mom." Enhanced Voice Recognition also can tailor Alexa to customers' natural way of speaking.

Available Ford Co-Pilot360 technology now features Intersection Assist 2.0, which helps clients avoid potential collisions with pedestrians while turning.12 Escape also will debut Blind Spot Assist, which will alert the driver with a light on the sideview mirror, applying a nudge in the steering system to help caution against an unsafe action in a case where the driver has missed warnings from the Blind Spot Information System. This feature will detect other vehicles and motorcyclists in blind spots.12

The new Escape SUV is assembled13 at the Louisville Assembly Plant in Kentucky, available to order now, and will reach dealerships early in 2023.14

*# # #*

*1. Based on the 2nd row seat in the most rearward position*

*2. Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Horsepower and torque ratings are independent attributes and may not be achieved simultaneously. Your results may vary.*

*3. Driver-assist technologies are supplemental and do not replace driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See Owner's Manual for details and limitations.*

*4. Qi wireless charging may not be compatible with all mobile phones*

*5. Calculated via combined performance of the engine and electric motor(s) with peak battery power. The calculations utilize SAE J1349 engine results and Ford electric motor dyno testing. Horsepower and torque ratings are independent attributes and may not be achieved simultaneously. Your results may vary.*

*6. The 2023 Ford Escape SUV Plug-In Hybrid front-wheel drive model is targeting an EPA-estimated all-electric range of 37 miles. EPA-estimated all-electric range is 0-38 miles. Based on full charge. Actual range varies with conditions such as external environment, vehicle use, vehicle maintenance, lithium-ion battery age and state of health.*

*7. Requires phone with active data service and compatible software. SYNC 4 does not control 3rd party products while in use. 3rd parties are solely responsible for their respective functionality*

*8. Don't drive while distracted or while using handheld devices. Use voice-operated systems when possible. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones.*

*9. Navigation services require SYNC 4 and FordPass® Connect (optional on select vehicles), complimentary Connected Service and the FordPass app (see FordPass Terms for details). Eligible vehicles receive a complimentary 3-year trial of navigation services that begins on the new vehicle warranty start date. Customers must unlock the navigation service trial by activating the eligible vehicle with a FordPass member account. Requires phone with active data service and compatible software. SYNC 4 does not control 3rd party products while in use.3rd parties are solely responsible for their respective functionality.*

*10. FordPass Connect, (optional on select vehicles), the FordPass app., and FordPass Connect Service are required for remote features (see FordPass Terms for details). Connected Service is now complimentary for remote features excluding Wi-Fi hotspot. Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features.*

*11. Eligible 2023 model-year vehicles receive three years of complimentary access to Alexa Built-in, which begins on the New Vehicle Warranty start date. Access to Alexa Built-In requires an Amazon account, SYNC 4 technology with Enhanced Voice Recognition (available on select vehicles) FordPass Connect activated through the FordPass app (See FordPass Terms for details).*

*12. Driver-assist technologies are supplemental and do not replace driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See Owner's Manual for details and limitations.*

*13. Assembled in the USA with domestic and foreign parts.*

*14. Due to high demand and global supply chain constraints, some models, trims, and features may not be available or may be subject to change. Check with your local dealer for current information.*

**2.5-liter Hybrid (HEV) Front wheel drive (FWD) range calculation based on 14.3-gallon tank and a targeted EPA-estimated rating of 41 combined MPG. 2.5-liter Hybrid (HEV) All-wheel drive (AWD) range calculation based on 14.3-gallon tank and targeted EPA-estimated rating of 40 combined MPG. 2.5-liter Plug-in Hybrid (PHEV) front wheel drive (FWD) EPA-estimated range of 481 miles. Range calculation based on a 11.1-gallon tank (excludes reserve tank capacity), EPA-estimated charge depleting electric range of 37 miles and combined city / highway label rating of 40 mpg. 1.5-liter EcoBoost front wheel drive (FWD) Range calculation based on 14.8-gallon tank and a targeted EPA-estimated range of 444 miles. 28 City mpg, 34 Highway mpg, 30 Combined mpg. 1.5-liter EcoBoost All wheel drive (AWD) Range calculation based on 15.7-gallon tank and a targeted EPA-estimated range of 440 miles. 26 City mpg, 31 Highway mpg, 28 Combined mpg. 2.0-liter EcoBoost All wheel drive (AWD) Range calculation based on 15.7-gallon tank and a targeted EPA-estimated range of 408 miles. 22 City mpg, 31 Highway mpg, 26 Combined mpg. Actual range varies with conditions such as external environment, vehicle use, vehicle maintenance, lithium-ion battery age and state of health.*

***Available at Ford EV-certified dealers only*

© 2022 Ford Motor Company. EcoBoost, Escape, Ford Co-Pilot360, FordPass, SYNC and related marks are trademarks of Ford Motor Company. Amazon, Alexa and all related logos are trademarks of Amazon.com, Inc. or its affiliates. Android Auto is a trademark of Google LLC. Apple CarPlay is a trademark of Apple Inc., registered in the U.S. and other countries. SiriusXM, Pandora and all related logos are trademarks of Sirius XM Radio Inc. and its respective subsidiaries. All rights reserved.

## News



New Ford Escape Achieves Good Rating from Insurance Institute for Highway Safety

Dec 13, 2022



New Ford Escape with Advanced Hybrid Engines and a Sporty ST-Line Is More Stylish and Smarter Than Ever

Oct 25, 2022

## Multimedia



2023 Ford Escape Plug-In Hybrid and...

Oct 22, 2022



2023 Ford Escape Plug-In Hybrid and...

Oct 22, 2022



2023 Ford Escape ST-Line Elite

Oct 12, 2022



2023 Ford Escape ST-Line Elite

Oct 12, 2022



2023 Ford Escape ST-Line Elite

Oct 11, 2022



2023 Ford Escape ST-Line Elite

Oct 10, 2022

View More



2023 Ford Escape ST-Line Elite B-Roll

Oct 25, 2022

## Specifications



2023 Ford Escape Tech Specs

## Media Contact

### Contacts

TO VIEW CONTACT DETAILS PLEASE LOGIN OR REGISTER HERE

Follow Ford

© 2024 The Ford Motor Company | This site may contain links to external websites not affiliated with Ford Motor Company | Images, video and audio from this Web site are provided without login for the purpose of editorial use only. You must contact media@ford.com to obtain approval for advertising, marketing or other commercial uses. |

Contact Us Privacy Policy Accessibility Cookie Settings