# EXHIBIT 10

# Part 573 Safety Recall Report 24V-954

**Manufacturer Name :** Ford Motor Company
**Submission Date :** DEC 20, 2024
**NHTSA Recall No. :** 24V-954
**Manufacturer Recall No. :** 24S79

**Manufacturer Information :**

Manufacturer Name : Ford Motor Company
Address : 330 Town Center Drive
Suite 500 Dearborn MI 48126-2738
Company phone : 1-866-436-7332

**Population :**

Number of potentially involved : 20,484
Estimated percentage with defect : 1 %

**Vehicle Information :**

Vehicle 1 : 2020-2024 Ford Escape
Vehicle Type : LIGHT VEHICLES
Body Style : ALL
Power Train : HYBRID ELECTRIC
Descriptive Information : Ford's team reviewed supplier process records to determine the population of affected parts. The Ford process is capable of tracing high voltage battery cell production to the vehicle in which the high voltage battery cell is installed. Affected vehicles are equipped w/ 2.5L PHEV engines and suspect high voltage battery cells.

These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.

16,480 Ford Escape PHEV vehicles are affected.

Production Dates : JUL 10, 2019 - APR 17, 2024
VIN Range 1 : Begin : NR End : NR ☐ Not sequential

| | |
|---|---|
| Vehicle 2 : | 2021-2024 Lincoln Corsair |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | ALL |
| Power Train : | HYBRID ELECTRIC |
| Descriptive Information : | Ford's team reviewed supplier process records to determine the population of affected parts. The Ford process is capable of tracing high voltage battery cell production to the vehicle in which the high voltage battery cell is installed. Affected vehicles are equipped w/ 2.5L PHEV engines and suspect high voltage battery cells.<br><br>These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br><br>4,004 Lincoln Corsair PHEV vehicles are affected. |
| Production Dates : | OCT 24, 2019 - APR 16, 2024 |
| VIN Range 1 : Begin : | NR End : NR ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | The high voltage cell's separator layer between its cathode and anode may be susceptible to damage as a result of the cell manufacturing process. Separator damage may result in a cell internal short circuit. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | In the event of a high voltage battery cell internal short circuit, customers may experience shutdown of the vehicle's propulsion system. Loss of motive power increases the risk of crash and injury. Steering, braking, and lighting functions are not affected.<br><br>In the event of a high voltage battery cell internal short circuit, the customer may also experience battery thermal venting potentially resulting in a vehicle fire, increasing the risk of injury. |
| Description of the Cause : | Variability in the battery cell supplier's production process may result in the cell's cathode inducing micro-defects and/or local stresses in the cell's separator layer. These micro-defects and local stresses may damage the separator. |
| Identification of Any Warning that can Occur : | In the event of a high voltage battery cell internal short circuit, the customer will receive a "Stop Safely Now" message displayed via the instrument cluster. |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | UNT ASY BAT H/V TRCT |
| Component Description : | High Voltage Battery Pack |
| Component Part Number : | LX6Z-10B759-EB |

| | |
|---|---|
| Component Name 2 : | UNT ASY BAT H/V TRCT |
| Component Description : | High Voltage Battery Pack |
| Component Part Number : | PZ1Z-10B759-AA |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | Samsung SDI |
| Address : | Schenek Istvan Street 1<br>Goed Foreign States 2131 Foreign States |
| Country : | Hungary |

**Chronology :**

On September 4, 2024, Ford's Critical Concern Review Group (CCRG) opened an investigation into three field reports from Europe describing battery thermal venting occurring in PHEV vehicles. The venting incidents occurred between April 2024 and August 2024.

Between September and November 2024, the high voltage battery packs recovered from the three European vehicles were torn down and analyzed by Ford team members with support from the battery cell supplier, Samsung. Additionally, arrays recovered from the packs were CT scanned to identify the cells where the venting originated. Ford team members also held regular discussions with Samsung to identify potential root causes.

In December 2024, with an understanding of issue root cause developed, Ford team members reviewed supplier production data to determine the affected vehicle population.

As of December 11, 2024, Ford is aware of one additional occurrence of battery thermal venting potentially related to this issue.

On December 13, 2024, Ford's Field Review Committee reviewed the concern and approved a field action.

Ford is not aware of any reports of accident or injury related to this condition.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have their vehicle's Battery Energy Control Module (BECM) software updated. The updated software will have an enhanced capability to detect cell anomalies indicative of separator damage. In the event of anomaly detection, dealers will replace the vehicle's high voltage battery pack. There will be no charge for this service. Ford currently anticipates updated software availability in the 2nd Quarter of 2025.<br><br>Ford provided the general reimbursement plan for the cost of remedies paid for by vehicle<br>owners prior to notification of a safety recall in May 2023. Owners who have paid to have these repairs completed at their own expense may be eligible for reimbursement, in accordance with the recall reimbursement plan on file with NHTSA. |
| How Remedy Component Differs from Recalled Component : | Updated BECM software will have an enhanced capability to detect cell anomalies indicative of separator damage, providing advance warning to owners of a high-voltage battery issue before thermal venting occurs.<br><br>If updated BECM software indicates high voltage battery pack replacement is required, the replacement high voltage battery pack (LX6Z-10B759-EB for Ford Escape vehicles, and PZ1Z-10B759-AA for Lincoln Corsair vehicles) will include cells produced after supplier process changes were implemented by the supplier to reduce susceptibility to separator damage. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Notification to dealers is expected to occur on January 6, 2025. Mailing of owner notification letters is expected to begin January 20, 2025, and is expected to be completed by January 24, 2025. |
| Planned Dealer Notification Date : | JAN 06, 2025 - JAN 06, 2025 |
| Planned Owner Notification Date : | JAN 20, 2025 - JAN 24, 2025 |

* NR - Not Reported