# EXHIBIT 11

Date of Submission: 2/7/2025
FSA **24S79** Chronology – Amendment 1- Certain 2020 - 2024 Ford Escape, And Lincoln Corsair PHEV Vehicles – High Voltage Battery

On **September 4, 2024**, Ford's Critical Concern Review Group (CCRG) opened an investigation into three field reports from Europe describing battery thermal venting occurring in PHEV vehicles. The venting incidents occurred between April 2024 and August 2024.

Between **September and November 2024**, the high voltage battery packs recovered from the three European vehicles were torn down and analyzed by Ford team members with support from the battery cell supplier, Samsung. Additionally, arrays recovered from the packs were CT scanned to identify the cells where the venting originated. Ford team members also held regular discussions with Samsung to identify potential root causes.

In **December 2024**, with an understanding of issue root cause developed, Ford team members reviewed supplier production data to determine the affected vehicle population.

As of **December 11, 2024,** Ford is aware of one additional occurrence of battery thermal venting potentially related to this issue.

On **December 13, 2024**, Ford's Field Review Committee reviewed the concern and approved a field action.

Subsequent to the approval of the field action at Ford's Field Review Committee meeting of **December 13, 2024**, Ford received three additional European field reports describing high voltage battery thermal venting of vehicles in the field action population. While previous venting events were low in severity, one of these new occurrences progressed to a vehicle fire resulting in property damage. While Ford continues to believe features designed to mitigate the effects of venting on affected vehicles, including a high voltage battery pack exhaust manifold used to direct hot gases away from ignition sources and fuel tank heat shielding, are effective at preventing vehicle fires in most instances of venting, based on the occurrence of a vehicle fire and resulting damage, an amendment to the field action was approved at Ford's Field Review Committee meeting of **January 31, 2025**. This amendment updated customer guidance to specify vehicles should not be plugged in to charge until after they receive the remedy.

Ford is not aware of any reports of accident or injury related to this condition.