# EXHIBIT 12

# Part 573 Safety Recall Report 24V-954

| | |
|---|---|
| **Manufacturer Name :** | Ford Motor Company |
| **Submission Date :** | FEB 07, 2025 |
| **NHTSA Recall No. :** | 24V-954 |
| **Manufacturer Recall No. :** | 24S79 |

**Manufacturer Information :**

| | |
|---|---|
| Manufacturer Name : | Ford Motor Company |
| Address : | 330 Town Center Drive<br>Suite 500 Dearborn MI 48126-2738 |
| Company phone : | 1-866-436-7332 |

**Population :**

| | |
|---|---|
| Number of potentially involved : | 20,484 |
| Estimated percentage with defect : | 1 % |

**Vehicle Information :**

| | |
|---|---|
| Vehicle 1 : | 2020-2024 Ford Escape |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | ALL |
| Power Train : | HYBRID ELECTRIC |
| Descriptive Information : | Ford's team reviewed supplier process records to determine the population of affected parts. The Ford process is capable of tracing high voltage battery cell production to the vehicle in which the high voltage battery cell is installed. Affected vehicles are equipped w/ 2.5L PHEV engines and suspect high voltage battery cells.<br><br>These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br><br>16,480 Ford Escape PHEV vehicles are affected. |
| Production Dates : | JUL 10, 2019 - APR 17, 2024 |

VIN Range 1 : Begin : NR End : NR ☐ Not sequential

# Part 573 Safety Recall Report 24V-954



| | |
|---|---|
| Vehicle 2 : | 2021-2024 Lincoln Corsair |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | ALL |
| Power Train : | HYBRID ELECTRIC |
| Descriptive Information : | Ford's team reviewed supplier process records to determine the population of affected parts. The Ford process is capable of tracing high voltage battery cell production to the vehicle in which the high voltage battery cell is installed. Affected vehicles are equipped w/ 2.5L PHEV engines and suspect high voltage battery cells.<br><br>These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br><br>4,004 Lincoln Corsair PHEV vehicles are affected. |
| Production Dates : | OCT 24, 2019 - APR 16, 2024 |
| VIN Range 1 : Begin : | NR End : NR ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | The high voltage cell's separator layer between its cathode and anode may be susceptible to damage as a result of the cell manufacturing process. Separator damage may result in a cell internal short circuit. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | In the event of a high voltage battery cell internal short circuit, customers may experience shutdown of the vehicle's propulsion system. Loss of motive power increases the risk of crash and injury. Steering, braking, and lighting functions are not affected.<br><br>In the event of a high voltage battery cell internal short circuit, the customer may also experience battery thermal venting potentially resulting in a vehicle fire, increasing the risk of injury. |
| Description of the Cause : | Variability in the battery cell supplier's production process may result in the cell's cathode inducing micro-defects and/or local stresses in the cell's separator layer. These micro-defects and local stresses may damage the separator. |
| Identification of Any Warning that can Occur : | In the event of a high voltage battery cell internal short circuit, the customer will receive a "Stop Safely Now" message displayed via the instrument cluster. |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | UNT ASY BAT H/V TRCT |
| Component Description : | High Voltage Battery Pack |
| Component Part Number : | LX6Z-10B759-EB |

| | |
|---|---|
| Component Name 2 : | UNT ASY BAT H/V TRCT |
| Component Description : | High Voltage Battery Pack |
| Component Part Number : | PZ1Z-10B759-AA |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | Samsung SDI |
| Address : | Schenek Istvan Street 1<br>Goed Foreign States 2131 Foreign States |
| Country : | Hungary |

**Chronology :**

Chronology is provided as an attachment.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Owners will be notified by mail and instructed to take their vehicle to a Ford or Lincoln dealer to have their vehicle's Battery Energy Control Module (BECM) software updated. The updated software will have an enhanced capability to detect cell anomalies indicative of separator damage. In the event of anomaly detection, dealers will replace the vehicle's high voltage battery pack. There will be no charge for this service. Ford currently anticipates updated software availability in the 2nd Quarter of 2025. Owners of vehicles will be notified by mail to refrain from plugging in their vehicles to charge in order to maintain a lower charge level in the high voltage battery, reducing the risk of vehicle fire until a remedy is available.<br><br>Ford provided the general reimbursement plan for the cost of remedies paid for by vehicle<br>owners prior to notification of a safety recall in May 2023. Owners who have paid to have these repairs completed at their own expense may be eligible for reimbursement, in accordance with the recall reimbursement plan on file with NHTSA. |
| How Remedy Component Differs from Recalled Component : | Updated BECM software will have an enhanced capability to detect cell anomalies indicative of separator damage, providing advance warning to owners of a high-voltage battery issue before thermal venting occurs.<br><br>If updated BECM software indicates high voltage battery pack replacement is required, the replacement high voltage battery pack (LX6Z-10B759-EB for Ford Escape vehicles, and PZ1Z-10B759-AA for Lincoln Corsair vehicles) will include cells produced after supplier process changes were implemented by the supplier to reduce susceptibility to separator damage. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Initial notification to dealers occurred on January 6, 2025. Mailing of initial owner notification letters began on January 15, 2025 and was completed on January 15, 2025.<br><br>Notification to dealers with updated do not charge guidance is expected to occur on February 7, 2025. Mailing of owner notification letters with updated do not charge guidance is expected to begin February 24, 2025, and is expected to be completed by February 28, 2025. |
| Planned Dealer Notification Date : | JAN 06, 2025 - JAN 06, 2025 |
| Planned Owner Notification Date : | JAN 20, 2025 - JAN 24, 2025 |

* NR - Not Reported