# EXHIBIT 14

LINCOLN

# CORSAIR GRAND TOURING: EFFORTLESS POWER, QUIET CONFIDENCE

**Corsair Grand Touring,** featuring Lincoln's advanced hybrid technology, merges instant, effortless power with a whisper-quiet cabin. By combining the benefits of an advanced hybrid powertrain with those of an electric motor, Corsair Grand Touring delivers enhanced power and all-wheel-drive capability in a small luxury SUV. Its dual powertrain configuration with eAWD is a Lincoln-first, with a targeted EPA-estimated all-electric range of more than 25 miles,* while providing exceptional acceleration to truly deliver on Lincoln's promise of Quiet Flight.






### Electric All-Wheel-Drive

Corsair Grand Touring provides greater levels of performance with an additional electric motor integrated into the rear axle to help provide improved performance and all-wheel-drive capability. The electric motor works in concert with the hybrid drivetrain powering the front wheels.

The electric All-Wheel-Drive (eAWD) unit consists of a permanent magnet motor attached to a single-speed gearbox with a differential driving the rear wheels. The additional motor delivers more power and torque to provide effortless acceleration and pull-away with a greater level of performance. Increased power to the rear gives Corsair greater balance, along with a smooth, quiet and nimble drive.

### Hybrid Powertrain

Corsair Grand Touring's 2.5-liter Atkinson-cycle hybrid powertrain consists of a four-cylinder gas engine and a permanent magnet synchronous motor with a combined targeted output of 266 horsepower.**

It is equipped with a PowerSplit electric Continuously Variable Transmission (eCVT) that incorporates two electric motors working in concert for a smooth driving experience. The power electronics are integrated with the transmission to help improve packaging and weight savings. In eCVTs, the motors control the speeds of the gearset components, allowing them to continuously change gear ratios as needed.

### Battery

The Corsair Grand Touring battery pack contains 84 prismatic-style cells using lithium-ion chemistry, designed to provide consistent output over long periods; about the size of a card table, the battery pack is situated below the passenger compartment. The battery has an independent cooling circuit and is tested in conditions ranging from well below freezing to very high temperatures. Its installed energy consists of 14.4 kilowatt-hours.

### Charging

An intuitive light ring on Corsair Grand Touring's charge port makes charging effortless. A quick glance at the port conveys the current charge status, shown by a filling ring around the port. Corsair Grand Touring has a Level 1/Level 2 charging port. Using a 110-volt Level 1 charge, the estimated time to fully charge the battery is 10-11 hours. Using a 240-volt Level 2 charge, charge time drops to roughly three to four hours.†





*Based on full charge and AWD. Actual range varies with conditions such as external elements, driving behaviors, vehicle maintenance, and lithium-ion battery age. Final EPA-estimated ratings available in the 2020 calendar year. **Based on manufacturer calculation using computer engineering simulations. Your results may vary.
†Charge time based on manufacturer computer engineering simulations. The charging rate decreases as battery reaches full capacity. Results may vary based on peak charging times and battery state of charge.

LINCOLN

# CORSAIR GRAND TOURING: DRIVE MODES

**Corsair Grand Touring** takes a simple, seamless approach to creating the driving experience clients want in any given scenario. Drive Modes are fully integrated across the powertrain and require no special configuration to operate. Clients simply select the mode; Corsair Grand Touring takes care of the rest.







**Normal** balances engine and electric motor output, as well as battery charge.




**Conserve** is an efficiency mode; the pedal response is less aggressive, while vehicle performance is tuned to help optimize efficiency.




**Excite** is for engaging, on-road driving dynamics, steering feel and powertrain response. Pedal response increases, while the suspension stiffens for handling and control. Battery cooling systems are optimized for more dynamic driving.




**Slippery** offers maximum stability control by reducing the amount of power going to the wheels through a less aggressive pedal response.




**Deep Conditions** adjusts pedal progression and traction control for better handling in deep snow or on soft, dry sand.

**Pure EV** is designed to keep the driver in all-electric mode in many conditions; should demand exceed electric capacity, the 2.5-liter Atkinson-cycle hybrid engine engages smoothly to provide additional power. All systems are set for a quiet, all-electric drive experience.




**Preserve EV** recharges and saves battery power for a later time, while continuing to use both the engine and motor to deliver the full performance Lincoln clients expect. The battery can be recharged up to about 75 percent full within this mode.




*For more information, contact Anika Salceda-Wycoco at 313.845.0627 or **asalceda@lincoln.com**.*