# EXHIBIT 15

WARDSAUTO.

NEWSLETTER SIGN-UP

LINCOLN AUTOMAKERS FORD MOTOR

Lincoln Corsair Grand Touring arrives next summer as the automaker's first hybrid to incorporate a fuel- and space-saving electric rear axle.



**Bob Gritzinger**, Editor-in-Chief

November 19, 2019

2 Min Read



LOS ANGELES – Ford's "other" electrified story from the Los Angeles auto show, the debut of the 2021 Lincoln Corsair Grand Touring appearing amid the hubbub of the electric Ford Mustang Mach-E, introduces the Dearborn automaker's first-ever e-axle-equipped hybrid.

On sale next summer, the Corsair Grand Touring joins the hybrid Aviator Grand Touring in the premium brand's electrified portfolio. However, in contrast to the Aviator's high-performance tuning, the Corsair hybrid is strictly a fuel-economy play, with what likely will be close to 40 mpg (5.9 L/100 km) and a 25-mile (40-km) electric-only range.

A platform-mate of the fourth-generation '20 Ford Escape introduced this fall, the Corsair Grand Touring shares the Escape hybrid's 2.5L Atkinson-cycle I-4 combined with two electric motor-generators inside Ford's PowerSplit electronically controlled continually variable transmission.

Unlike the all-wheel-drive, plug-in version of the Escape hybrid due next spring that uses a solid driveline with a disconnecting driveshaft between the front engine/transmission and the rear axle, the Corsair employs the company's first application of an independent electric rear axle without any direct link to the front axle. A non-plug-in hybrid Escape is offered in front-drive only; no non-plug-in Corsair is planned.

Chief engineer Patrick Smith says space needed for the e-axle and related controls doesn't intrude on cabin passenger or cargo room. The e-axle will always operate in tandem with the front hybrid system, he says.

WARDSAUTO

NEWSLETTER SIGN-UP




Corsairinset.jpg

Total system output for the Corsair hybrid is 266 hp, with 209 hp produced by the 2.5L engine. The automaker doesn't specify peak torque when it comes to PowerSplit offerings, but says the rear axle is rated at 110 lb.-ft. (149 Nm).

Electrical energy is stored in an 84-cell 14.4-kWh lithium-ion battery pack located below the passenger compartment. Recharge time is 10-12 hours on household current, 3-4 hours on a Level 2 240V outlet.

The Corsair Grand Touring, offered in Reserve trim only, is expected to list for about $50,000, midway between the base 2.0L turbo Corsair at $36,940 and the high-output 2.3L turbo model at $58,000.

## About the Author



**Bob Gritzinger**

**Editor-in-Chief, WardsAuto**

Subscribe to a WardsAuto newsletter today!

Get the latest automotive news delivered daily or weekly. With 6 newsletters to choose from, each curated by our Editors, you can decide what matters to you most.

SUBSCRIBE

## You May Also Like

Stellantis scord, Dispute With Stellantis Slow UAW's Momentum

09/09/2024

Industry Daily 2024: Top Industry News for Aug. 13

13/08/2024

Electric Mr. Musk: The Auto Industry Is a Fashion Industry

02/08/2024

Toyota yota Land Cruiser

18/04/2024

Reports

Vehlo's Service Lane Solutions

FEB 5, 2025

Shifting Gears: What Car Buyers Really Want in 2025

FEB 4, 2025

Less is More: How Website Overload Sinks Your Sales

JAN 31, 2025

See all



Copyright © 2025. This website is owned and operated by Informa TechTarget, part of a global network that informs, influences and connects the world's technology buyers and sellers. All copyright resides with them. Informa PLC's registered office is 5 Howick Place, London SW1P 1WG. Registered in England and Wales. TechTarget, Inc.'s registered office is 275 Grove St. Newton, MA 02466.