# EXHIBIT 18

Back to (https://parts.ford.com/shop/SearchDisplay?
results parent_category_rn=&top_category=&categoryId=&categorySearch=false&storeId=1405&catalog

This part fits your 2021 Lincoln Corsair | VIN Build Date: N/AChange Vehicle (#)

FORD PARTS

# Drive Motor Battery Pack - 2.5l

Plug In Gas / Electric Hybrid.

**Part #:** LX6Z10B759K

**Usage:** 10/05/2020 - 04/06/2021, Corsair, 2.5L DURA D4 IVCT ATK HEV/PHEV, Plug-In Gas/Electric Hybrid

**Section:** Battery and Mountings

**This part will be available within 1-2 business days.**

**Pick up only**

$7,769.94

MSRP: ~~$6,756.47~~

or redeem up to

1,553,988 Points (javascript:setCurrentId('FPRFlyOutBtn');pr

Sign in ( https://parts.ford.com/shop/FordPartsLogonView?catalogId=251&langId=-1&storeId=1405) to save with FordPass® Rewards.

1

Add To Cart (javascript:setCurrentId('add2CartBtn');productDisplayJS.Ad

Hazardous

To obtain a Material Safety Sheet for this part, please send an email to hazmat@ford.com () and include the part # and description.

- Plug In Gas / Electric Hybrid.
- A battery used on a hybrid and / or electric vehicle used to power the vehicle drive motor.

Why Buy:
Your hybrid high voltage battery, or traction battery as it is sometimes called, may need replacement or reconditioning if youve noticed any of these symptoms in your Ford : lower than normal fuel economy, a charge that depletes overnight, or your hybrid battery fails to ever reach

full charge. Allow our technicians to diagnose your hybrid drive system and make the necessary repairs using factory repair procedures and OEM parts.




## Our Brands (/Shop/En/Us/Resources)

FORD PARTS (/webapp/wcs/stores/servlet/en/us/ford-parts)

Ford Motorcraft (/webapp/wcs/stores/servlet/en/us/)

Omnicraft (/webapp/wcs/stores/servlet/en/us/omnicraft)

FORD ACCESSORIES (/webapp/wcs/stores/servlet/en/us/ford-accessories)

Shop Parts

Resources

Related Links

## Follow Us

(http://www.facebook.com/ford) (http://www.twitter.com/ford) (http://www.youtube.com/user/fordparts)

© 2025 Ford Motor Company (http://corporate.ford.com)

Site Map (https://parts.ford.com/shop/en/us/sitemap)

Contact Us (https://parts.ford.com/shop/en/us/ContactUs)

Terms & Conditions (/webapp/wcs/stores/servlet/en/us/terms-conditions)

Privacy Notice (https://www.ford.com/help/privacy/)

Your Privacy Choices (http://www.ford.com/help/privacy/california/)

Interest Based Ads (http://info.evidon.com/pub_info/261?v=1&nt=0&nw=false)

Cookie Settings ()

Accessibility (/webapp/wcs/stores/servlet/en/us/ContactUs)

FordParts.com

(/shop/en/us)