# EXHIBIT 19

< Back to results()

This part fits your 2023 Ford Escape | VIN Build Date: N/AChange Vehicle (#)

FORD **PARTS**

# Battery - 2.5l

Plug In Gas / Electric Hybrid.

**Part #:** PZ1Z10B759A

**Usage:** 12/12/2022, Escape, Plug-In Gas/Electric Hybrid

**Section:** High Voltage Battery And Mounting

**This part will be available within 1-2 business days.**

**Pick up only**

$8,263.76

MSRP: ~~$7,185.88~~

or redeem up to

1,652,752 Points (javascript:setCurrentId('FPRFlyOutBtn');prc

Sign in ( https://parts.ford.com/shop/FordPartsLogonView?catalogId=251&langId=-1&storeId=1405) to save with FordPass® Rewards.

1 Add To Cart (javascript:setCurrentId('add2CartBtn');productDisplayJS.Ad

Hazardous

To obtain a Material Safety Sheet for this part, please send an email to hazmat@ford.com () and include the part # and description.

Plug In Gas / Electric Hybrid.




# Our Brands (/Shop/En/Us/Resources)

FORD PARTS (/webapp/wcs/stores/servlet/en/us/ford-parts)

Ford Motorcraft (/webapp/wcs/stores/servlet/en/us/)

Omnicraft (/webapp/wcs/stores/servlet/en/us/omnicraft)

FORD ACCESSORIES (/webapp/wcs/stores/servlet/en/us/ford-accessories)

Shop Parts

Resources

Related Links

## Follow Us

(http://www.facebook.com/ford) (http://www.twitter.com/ford) (http://www.youtube.com/user/fordparts)

© 2025 Ford Motor Company (http://corporate.ford.com)

Site Map (https://parts.ford.com/webapp/wcs/stores/servlet/en/us/sitemap)

Contact Us (https://parts.ford.com/webapp/wcs/stores/servlet/en/us/ContactUs)

Terms & Conditions (/webapp/wcs/stores/servlet/en/us/terms-conditions)

Privacy Notice (https://www.ford.com/help/privacy/)

Your Privacy Choices (http://www.ford.com/help/privacy/california/)

Interest Based Ads (http://info.evidon.com/pub_info/261?v=1&nt=0&nw=false)

Cookie Settings ()

Accessibility (/webapp/wcs/stores/servlet/en/us/ContactUs)

FordParts.com

(/shop/en/us)