# EXHIBIT 20

# Part 573 Safety Recall Report 25E-007

| | |
|---|---|
| **Manufacturer Name :** | Samsung SDI Co., Ltd. |
| **Submission Date :** | FEB 05, 2025 |
| **NHTSA Recall No. :** | 25E-007 |
| **Manufacturer Recall No. :** | NR |

**Manufacturer Information :**

| | |
|---|---|
| Manufacturer Name : | Samsung SDI Co., Ltd. |
| Address : | 467, Beonyeong-ro<br>Seobuk-gu Cheonan-si 00 31086 |
| Company phone : | 419652400 |

**Population :**

| | |
|---|---|
| Number of potentially involved : | 180,196 |
| Estimated percentage with defect : | 1 % |

**Equipment Information :**

| | |
|---|---|
| Brand / Trade 1 : | Samsung SDI |
| Model : | High Voltage Battery Pack |
| Part No. : | Refer to the Report |
| Size : | NR |
| Function : | Propulsion |
| Descriptive Information : | Samsung SDI refers the agency to Chrysler (FCA US, LLC) (“FCA US”), Volkswagen Group of America, Inc.<br>(“VWGoA”) and Ford Motor Company’s (“Ford”) (collectively “OEM’s”) respective 573 reports, including information regarding the number of potentially involved vehicles, throughout this submission. Based on this information, Samsung SDI has been informed that 180,196 U.S. vehicles are potentially involved in the three recalls broken down as follows - FCA US 155,096, AUDI 4,616 and Ford 20,484.<br><br>The product Samsung SDI supplied to the OEM’s each have a battery cell that, to a certain extent, is similar but each product’s final design differs and is based upon, among other things, the respective specifications and requirements of each OEM for their respective vehicles. |
| Production Dates : | JUL 01, 2020 - MAR 28, 2023 |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | FCA US's submissions state that in rare circumstances, a battery pack may contain cells with separator damage. Separator damage, combined with other complex interactions within the cells, may lead to a vehicle fire.<br><br>VWGoA's submissions state that in rare circumstances, the high-voltage battery modules may experience a thermal overload possibly resulting in smoke or fire.<br><br>Ford's submissions state that the high voltage cell's separator layer between its cathode and anode may be susceptible to damage as a result of the cell manufacturing process. Separator damage may result in a cell internal short circuit. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | Based on the OEM's submissions, there is a possibility of a vehicle fire which could result in personal injury and/or property damage. |
| Description of the Cause : | VWGoA recall - The root cause is still under investigation. The current analysis seems to indicate that certain manufacturing deviations may have occurred at the battery cell and module.<br><br>FCA US recall - NR to Samsung SDI's knowledge.<br><br>Ford's recall – The root cause is still under investigation. The current analysis seems to indicate that variability in the battery cell supplier's production process may result in the cell's cathode inducing micro-defects and/or local stresses in the cell's separator layer. These micro-defects and local stresses may damage the separator. |
| Identification of Any Warning that can Occur : | According to FCA/AUDI: None;<br><br>According to Ford: in the event of a high voltage battery cell internal short circuit, the customer will receive a "Stop Safely Now" message displayed in the instrument cluster. |

**Involved Components :**

| | |
|---|---|
| Component Name : | NR |
| Component Description : | NR |
| Component Part Number : | NR |

# Part 573 Safety Recall Report 25E-007



**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | NR |
| Address : | NR |
| | NR |
| Country : | NR |

**Chronology :**

NR

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Please see the OEM's submissions about the remedy provided to the end-customers and timing of the same. |
| How Remedy Component Differs from Recalled Component : | Please see the OEM's submissions about the remedy provided to the end-customers and timing of the same. |
| Identify How/When Recall Condition was Corrected in Production : | Please see the OEM's submissions about the remedy provided to the end-customers and timing of the same. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Refer to Part 573 Safety Recall Reports written by each OEM (FCA US 24V-720, 24E-080 / AUDI 24V-898 / Ford 24V-954) |
| Planned Dealer Notification Date : | NR - NR |
| Planned Owner Notification Date : | NR - NR |

**Purchaser Information :**

The following manufacturers purchased this defective/noncompliant equipment for possible use or installation in new motor vehicles or new items of motor vehicle equipment:

| | |
|---|---|
| Name : | NR |
| Address : | NR |
| | NR |
| Country : | NR |
| Company Phone : | NR |

* NR - Not Reported