# EXHIBIT 23

Ford Motor Company
Customer Service Division
PO Box 1904
Dearborn, Michigan 48121

771242426159 A/1/000000/1

February 2025

JOHN A. SAMPLE
123 SAMPLE ST
SAMPLE CITY, MI 12345-6789

# * * * IMPORTANT SAFETY RECALL * * *

**Safety Recall Notice 24S79 / NHTSA Recall 24V954** ***– UPDATE***

2022 Escape
This Notice Applies to Your Vehicle, Vehicle Identification Number (VIN): [redacted]

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.

Ford Motor Company has decided that a defect which relates to motor vehicle safety exists in certain 2020-2024 Model Year Escape Plug-in Hybrid Electric Vehicles (PHEV) vehicles, including the VIN shown above.

We apologize for this situation and want to assure you that, with your assistance, we will correct this condition. Our commitment, together with your dealer, is to provide you with the highest level of service and support.

***UPDATE***

***DO NOT PLUG IN your vehicle to charge the high voltage battery*** until the software remedy is completed at your dealer (see below for timing).

**What is the issue?**

A manufacturing defect in one or more of your vehicle's high voltage battery cells may cause the cell to develop an internal short circuit.

**What is the risk?**

In the event of a high voltage battery cell internal short circuit, you will experience a **Stop Safely Now** message and warning icon in the instrument cluster. You may also experience a loss of motive power, increasing the risk of a crash. You will continue to have 12-volt (V) accessories, steering, and braking control. You may also experience battery thermal venting potentially resulting in a vehicle fire, increasing the risk of injury.

**What will Ford and your dealer do?**

**Parts and software are not available**. Ford Motor Company is working to provide parts and software if needed for this repair. When the remedy becomes available, Ford Motor Company will notify you via mail to schedule a service appointment with your dealer for repairs to be completed free of charge. **The remedy is anticipated to be available in the second quarter of 2025**.



© Copyright 2025 Ford Motor Company

| | |
|---|---|
| **What should you do?** | **You should immediately refrain from charging your vehicle to maintain a lower charge level in the high voltage battery, reducing the risk of a vehicle fire until a remedy is available.**<br><br>**When the remedy is available, Ford Motor Company will send a letter to inform you to contact your dealer to schedule a repair.**<br><br>Ford has not issued instructions to stop driving your vehicle under this safety recall. When the remedy is available, you should contact your dealer for an appointment to have your vehicle remedied as soon as practicable.<br><br>If you do not already have a servicing dealer, you can access ford.com/support for dealer addresses, maps, and driving instructions.<br><br>If you are still having difficulty getting your vehicle repaired in a reasonable time or without charge, you may write the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Ave. S.E., Washington, D.C. 20590 or call the toll-free Vehicle Safety Hotline at 1-888-327-4236 (TTY: 1 800-424-9153) or go to NHTSA.gov. Reference NHTSA Safety Recall 24V954.<br><br>**Please note: Federal law requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.**<br><br>You can receive information about Recalls and Customer Satisfaction Programs through our FordPass App. The app can be downloaded through the App Store or Google Play. In addition, there are other features such as reserving parking in certain locations and controlling certain functions on your vehicle (lock or unlock doors, remote start) if it is equipped to allow control. |
| **What if you no longer own this vehicle?** | If you no longer own this vehicle and have an address for the current owner, please forward this letter to the new owner.<br><br>You received this notice because government regulations require that notification be sent to the last known owner of record. Our records are based primarily on state registration and title data, which indicate that you are the current owner. |

Thank you for your attention to this important matter.

Customer Service Division



© Copyright 2025 Ford Motor Company

Ford Motor Company
División de Servicio al Cliente
PO Box 1904
Dearborn, Michigan 48121

771242426159 A/3/000000/1

Febrero de 2025

JOHN A. SAMPLE
123 SAMPLE ST
SAMPLE CITY, MI 12345-6789

# * * * CAMPAÑA DE SEGURIDAD IMPORTANTE * * *

**Aviso de Campaña de seguridad 24S79 / Campaña 24V954 de la NHTSA – *ACTUALIZACIÓN***

2022 Escape
Este aviso se relaciona con su vehículo con el número de identificación del vehículo (VIN):
[redacted]

Este aviso se le envía de acuerdo con la Ley Nacional de Seguridad de Tránsito y Vehículos Motorizados de los EE. UU.

Ford Motor Company determinó que existe un defecto relacionado con la seguridad de los vehículos motorizados en ciertos vehículos eléctricos híbridos enchufables (PHEV) Escape año modelo 2020-2024, incluido el VIN que aparece arriba.

Lamentamos esta situación y deseamos asegurarle que, con su ayuda, corregiremos el problema. Nuestro compromiso, junto con el de su concesionario, es ofrecerle servicio y apoyo de alto nivel.

***ACTUALIZACIÓN***

***NO ENCHUFE su vehículo para cargar la batería de alto voltaje*** *mientras no se haya corregido el problema del software en su distribuidor (consulte los tiempos a continuación).*

**¿Cuál es el problema?**

Un defecto de fabricación en una o más de las celdas de la batería de alto voltaje de su vehículo puede provocar que la celda desarrolle un cortocircuito interno.

**¿Qué riesgo existe?**

En caso de un cortocircuito interno en una celda de la batería de alto voltaje, encontrará un mensaje de **Deténgase con cuidado ahora** y un ícono de advertencia en el tablero de instrumentos. También puede experimentar una pérdida de fuerza motriz, lo que aumenta el riesgo de sufrir un choque. Continuará teniendo control de accesorios de 12 voltios (V), de dirección y de frenos. También puede encontrarse con una ventilación térmica de la batería, lo que podría provocar un incendio en el vehículo y aumentar el riesgo de sufrir lesiones.



© Copyright 2025 Ford, División de Servicio al Cliente

**¿Qué medidas adoptarán Ford y su concesionario?**

**Las piezas y el software no están disponibles**. Ford Motor Company está trabajando para proporcionar las piezas y el software, si se necesitan, para llevar a cabo esta reparación. Cuando la solución esté disponible, Ford Motor Company le notificará mediante correo para que programe una cita de servicio con su concesionario y así realizar las reparaciones sin costo alguno. **Se prevé que la solución estará disponible en el segundo trimestre de 2025**.

**¿Qué debe hacer?**

**Debe evitar cargar el vehículo inmediatamente a fin de mantener un nivel de carga más bajo en la batería de alto voltaje, lo cual reduce el riesgo de incendio en el vehículo, hasta que la solución esté disponible.**

**Cuando haya una solución disponible, Ford Motor Company le enviará una carta para informarle que se comunique con su concesionario a fin de realizar la reparación.**

Para esta campaña de seguridad, Ford no ha emitió instrucciones de dejar manejar el vehículo. Una vez que haya una solución disponible, deberá comunicarse con su concesionario a fin de programar una cita para solucionar este problema lo más pronto posible.

Si aún no tiene un concesionario para realizar el servicio, puede acceder a ford.com/support para conocer las direcciones de los concesionarios, ver mapas y obtener las instrucciones para llegar.

Si continúa con dificultades para reparar su vehículo en un tiempo razonable o sin cargo, le sugerimos que escriba al Administrador, National Highway Traffic Safety Administration, 1200 New Jersey Ave. S.E., Washington, D.C. 20590 o bien que llame sin cargo a la línea directa de seguridad vehicular al 1-888-327-4236 (TTY: 1-800-424-9153) o visite NHTSA.gov. Mencione la Campaña de seguridad 24V954 de la NHTSA.

**Tenga presente que: La ley federal exige que los arrendadores de vehículos que reciban este aviso de campaña envíen una copia del mismo al arrendatario en un plazo de diez días.**

Puede recibir información sobre las campañas y los programas de satisfacción del cliente a través de la aplicación FordPass. La aplicación se puede descargar a través de App Store o Google Play. Adicionalmente, existen otras funciones como reserva de estacionamientos en determinados lugares, además de control de ciertas funciones en el vehículo (bloqueo o desbloqueo de puertas, arranque remoto) si así está equipado para permitir el control.

**¿Qué pasa si usted ya no es el propietario del vehículo?**

Si usted ya no es el propietario del vehículo y tiene la dirección del propietario actual, le solicitamos que le reenvíe esta carta.

Usted recibió este aviso porque las regulaciones del gobierno exigen el envío de notificaciones al propietario conocido más reciente del registro. Nuestros registros se basan principalmente en datos estatales y de propiedad, que indican que usted es el propietario actual del vehículo.

Gracias por su atención en este asunto sumamente importante.

División de Servicio al Cliente



© Copyright 2025 Ford, División de Servicio al Cliente