# EXHIBIT 27

Videos
Podcasts
Photos
Newsletter



# Samsung SDI Might Be The Root Of Ford And BMW PHEV Recalls

Production problems at the Korean supplier could have led to the issues.

RECOMMENDED FOR YOU




Trump 'Couldn't Care Less' About Price Hikes As Tariffs Threaten EV Boom




Chevy Sold 13 Bolt EVs Last Quarter






Gustavo Henrique Ruffo



By: **GUSTAVO HENRIQUE RUFFO**

Oct 16, 2020 at 8:14am ET

Share

0 Comment

On August 11, Ford announced the Kuga PHEV had to be recalled due to a fire risk. Owners were told not to charge them on power outlets. On October 13, BMW also said it had to repair 26,700 plug-in hybrids worldwide due to the cells' issues. It also recommended affected customers not to charge them with cables. These two events would be connected,

RECOMMENDED FOR YOU




Trump 'Couldn't Care Less' About Price Hikes As Tariffs Threaten EV Boom




Chevy Sold 13 Bolt EVs Last Quarter



supplier, like the Takata recall on a much smaller scale.

BMW was more transparent than Ford in informing what the issue was. According to the German carmaker, the battery production process allowed impurities to enter the cells. When batteries have any strange element in their chemistry, that can cause thermal runaway and fires, precisely the risk both recall campaigns pointed out as their reason.



Skip Ad

0:26 / 0:30

*Handelsblatt* also said that battery manufacturers are having a hard time keeping up with demand. Samsung SDI alone has tripled its European production capacity in its Hungary facility, close to Budapest.

RECOMMENDED FOR YOU




Trump 'Couldn't Care Less' About Price Hikes As Tariffs Threaten EV Boom




Chevy Sold 13 Bolt EVs Last Quarter



for them and the need not to depend on suppliers that sell to other companies are good reasons to bring their production under Tesla's umbrella. On the other hand, that will require stringent quality control, and Tesla is not exactly notorious for that.

We have already contacted Samsung SDI to learn if the company confirms it has supplied defective cells to Ford and BMW. We also want to know which production process created this situation and how Samsung SDI plans to avoid that in the future. Ford and BMW have refused to name their suppliers to other media outlets.

***Source:*** *Handelsblatt*

Share This Story

Got a tip for us? Email: tips@insideevs.com

Join the conversation ( 0 )

## Recommended for you

Sponsored
**The NBA Playoffs are here**
Watch every live game all in one place with YouTube TV....
Sponsored | YouTube TV

Sponsored
**How Women Are Losing Weight**
Take 1 Cup Before Bed, Watch Your Body Thin Down
Sponsored | dailyfitfix.info

Sponsored
**Vintage Canvas Duffle Bags - Handcrafted & Adventure Ready**
Handcrafted, Rugged, And Masculine. Shop Our Vintag...
Sponsored | buffalojackson.com

RECOMMENDED FOR YOU




Trump 'Couldn't Care Less' About Price Hikes As Tariffs Threaten EV Boom




Chevy Sold 13 Bolt EVs Last Quarter





Sponsored

**Enlarged Prostate Has Nothing To Do With Age: Just Stop Doing This One Common Thing**

Sponsored | Natural Healthy Way



Sponsored

**Cardiologist: How To Quickly Lose a Hanging Belly**

Sponsored | nomorfat.c...




Sponsored

**Forget Protein, Discover What Really Builds Muscle Afte...**

Sponsored | Alpha Healt...

## LATEST ARTICLES

### Chevy Sold 13 Bolt EVs Last Quarter

1m ago - SALES - 1

RECOMMENDED FOR YOU




Trump 'Couldn't Care Less' About Price Hikes As Tariffs Threaten EV Boom




Chevy Sold 13 Bolt EVs Last Quarter



### Hyundai Just Had Its Second-Highest Sales Month On Record

1h ago - SALES - 3

## GM EV Sales Exploded In Q1 2025. But There's A Big Cliff Ahead

3h ago - SALES -
8

## No Anode, No Problem: The Battery Breakthrough That May Enable 500-Mile EVs

3h ago - BATTERY TECH -
2

INSIDE EVs

Subscribe to our Newsletter

Receive exciting Automotive news, updates, and special offers straight to your inbox.

SUBSCRIBE

Follow Us

Facebook
X
Flipboard
Google News
YouTube
RSS

About Us Advertising Contact

Privacy policy Cookie policy Cookie Settings Terms of use

© 2025 Motorsport Network. All rights reserved.