# EXHIBIT 28

BusinessKorea Since 1983 40Th



# Samsung SDI Voluntarily Recalls EV Batteries in the U.S.

Jung Min-hee | 2022.02.07 13:31

## Due to Poor Battery Welding




Samsung SDI has voluntarily initiated a recall of its batteries for electric vehicles in the United States.

Samsung SDI has voluntarily initiated a recall of its batteries for electric vehicles in the United States after confirming defects in battery modules.

The company submitted a plan to recall high-voltage batteries for plug-in hybrid electric vehicles (PHEVs) of U.S. carmakers Ford and Stellantis to the National Highway Traffic Safety Administration (NHTSA) on Jan. 28 (local time), the NHTSA said on Feb. 4.

Samsung SDI thinks that a total of 1,163 high-voltage battery modules and 100 vehicles have related problems. “A sudden loss of driving power due to a high-voltage battery error expands the risk of collision,” the NHTSA explained on its website.

MOST POPULAR
1 SKC Strengthens Semicondu Portfolio with New Glass Sub
2 Cardi B's TikTok Endorsemen Interest in Korean Red Ginse
3 Hyundai E&C Installs South K Largest Propylene Tower at S
4 Micron Technology Raises DF Prices; Will Samsung and SK I
5 January Births Surge by 11.6% digit Growth for Four Consec
6 Samsung's Lee Jae-yong Nav U.S.-China Tensions with Stra
7 Kolmar Korea Wins Two Awa 'Oscars of Cosmetics Industr
8 Korea-U.S. Free Trade Agreer Effectively Neutralized

posco INTERNATIC
UNICORN BATTLE BlueVisor Takes Place in Unicorn Battle
SAMSUNG SAMSUN
ENPOS KOREA HYDRAULIC CO. 21세기를 선두하는 한국유
OLED Natural Reality OLED, It Shi
LG Styler | Objet

Samsung SDI said that the battery defect was triggered by poor welding between cell terminals and bus bars supplied by its partner Nexplus.

“Recall notices will be sent to the owners within 60 days of submitting the report or by March 28 at the latest,” Samsung SDI told the NHTSA.

Jung Min-hee pr@businesskorea.co.kr View More Article

Copyright © BusinessKorea. Prohibited from unauthorized reproduction and redistribution

coupan
SK hynix
Hanwh
INVEST KOREA
Invest in Korea, Invest in Succ
SK telecom
Pulmuone




KENTEC
Korea Institute of Energy Techn

Sponsored

**This Veteran Tribute Glass Is the Ideal Choice to Pay Tribute to Every Great Veteran.**
MIGILIFE

**This cute and realistic bunny robot toy is perfect for Easter.**
FANYIL
Shop Now

**Actress Spills Hollywood Trick For Slim Body: "We All Do It"**
Leaked Now

**Why Men Are Raving About This Doctor-Prescribed Growth Hormone Peptide**
MaleMD

**2025's Most Realistic Bunny Toy**
Sherum
Learn More

**Elegant and supportive: Perfect shoes for senior women's comfort**
Orthoture
Shop Now

**0 Comments**

1 Login ▾

G

Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Share

Best Newest Oldest

Be the first to comment.

Sponsored

I tried Honeylove's Crossover Bra. Here's What happened
Honeylove
Learn More

10k+ Women have ditched underwire. Here's why
Honeylove
Learn More

Tuesday: The IRS Is Forgiving Tax Debt in Record Numbers Before the April Deadline
Fresh Start Information

Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight and Live a Life with Less Pain
Barefoot Vitality

"A Drop A Day Keeps Anxiety Away"
Health Headlines
Buy Now

Home Backup Solar Generator
Ecoflow
Learn More



BusinessKore Since 19

Business Korea Free Daily Newsletter
Never miss another article! Enter your address below to receive our free daily newsletter:
support@businesskorea.co.kr Su

Copyright © 2013-2023 Businesskorea C
3rd Fl. Samdo Building, 12-1, Yeoido-do
Yeongdeungpo-gu, Seoul, Korea 150-01
Tel : +82-2-578-3220 Fax : +82-2-578-32
Email : pr@businesskorea.co.kr